**EXHIBIT C**



## Receivable Detail Report

| | | | | |
|---|---|---|---|---|
| Region | Not Selected | | Market | Not Selected |
| Business | James Maverick Motor Sports(55701) | | Report Date | WED, 09/21/2016 02:48:29 PM |
| Exclude Default Dealers | False | | Requested By | Kathryn Benfield |
| Exclude Account Level Charges | False | | Include Comments | No |
| Dealer Finance Type | All | | | |

### Customer Profile

| | |
|---|---|
| Name: | James Maverick Motor Sports |
| Dealer Id: | 55701 |
| Address Line 1: | 1628 W Crosby Rd Ste 109 |
| Address Line 2: | |
| City, State, ZIP: | Carrollton, TX 750066679 |
| Phone: | (972)219-3900 |
| Fax: | (972)691-4185 |

### Market Info & Account Profile

| | |
|---|---|
| Market: | Plano (289) |
| Market Phone: | (972)489-6712 |
| Finance Program: | Diamond |
| Dealer Status: | DL |
| Lot Audit: | Incomplete |
| Unapplied Funds: | $.00 |
| Reserved Funds: | $.00 |

| Fee Type | Description | Amount Due | Date Incurred |
|---|---|---|---|
| NSF | | $25.00 | 08/15/2016 |
| Total Account Charges for James Maverick Motor Sports (55701) | | $25.00 | |

| LOC Type | Approved Credit | Temp. Credit | Temp. Expiration | Total Credit: | Outstanding | Credit Available | Term Plan |
|---|---|---|---|---|---|---|---|
| Retail | $500,000.00 | $.00 | | $500,000.00 | $263,013.93 | $.00 | D60/30/30 -- F50/50/50 -- R0.25 -- C%0/5 |
| Used RV | $75,000.00 | $.00 | | $75,000.00 | $.00 | $.00 | $.00 |
| Total Line of Credit for James Maverick Motor Sports (55701) | | | | | | | |
| | $575,000.00 | $.00 | | $575,000.00 | $263,013.93 | $.00 | |

| Floor Date | Days | Last Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Retail Inventory Detail for James Maverick Motor Sports (55701)** | | | | | | | | | | | | | | | | | | | |
| 03/15/16 | 190 | 08/29/16 | STK | 2014 TOYO TUND | Bla | 372244 | 1092 | FR | 08/15/16 | S | Metro Auto Auction Dallas | $39,830.00 | $35,902.61 | $.00 | $.00 | $357.09 | $.00 | $265.00 | $36,524.70 |
| 04/21/16 | 153 | 07/20/16 | PFC | 2013 GMC G250 | Bla | 111584 | 1133 | FR | 08/19/16 | S | Manheim Dallas (DALA) | $31,655.00 | $30,072.25 | $.00 | $50.00 | $290.12 | $.00 | $265.00 | $30,677.37 |

| Floor Date | Days | Last Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/21/16 | 153 | 07/20/16 | STK | 2013 CHEV 2500 | Blu | 135117 | 1134 | FR | 08/19/16 | S | Manheim Dallas (DALA) | $36,180.00 | $34,371.00 | $.00 | $50.00 | $331.48 | $.00 | $265.00 | $35,017.48 |
| 05/19/16 | 125 | 05/20/16 | PFA | 2015 Lexu IS 2 | Bla | 059662 | 1142 | AU | 08/17/16 | S | TQI EXCHANGE, LLC | $25,000.00 | $25,000.00 | $.00 | $200.00 | $486.72 | $.00 | $448.00 | $26,134.72 |
| 05/19/16 | 125 | 08/22/16 | PFC | 2012 Ford F250 | Whi | C66011 | 1143 | FR | 09/16/16 | S | Santander Consumer USA | $38,000.00 | $35,338.07 | $.00 | $200.00 | $721.26 | $.00 | $448.00 | $36,707.33 |
| 05/18/16 | 126 | | STK | 2015 CHEV SUB | Bla | 544175 | 1144 | FR | 08/17/16 | S | Manheim Dallas (DALA) | $47,580.00 | $47,580.00 | $.00 | $150.00 | $922.40 | $.00 | $348.00 | $49,000.40 |
| 06/02/16 | 111 | | STK | 2010 FORD EXPE | Whi | B07308 | 1149 | FR | 08/31/16 | S | Manheim Dallas (DALA) | $19,455.00 | $19,455.00 | $.00 | $200.00 | $333.74 | $.00 | $283.00 | $20,271.74 |
| 06/15/16 | 98 | | PFC | 2004 Ford F350 | Whi | A13900 | 1157 | FR | 09/14/16 | B | Trade-In | $13,300.00 | $13,300.00 | $.00 | $200.00 | $201.73 | $.00 | $283.00 | $13,984.73 |
| 06/15/16 | 98 | | PFC | 2006 Ford F250 | Whi | A93936 | 1159 | FR | 09/14/16 | B | CarMax (Pay Buyer Account) | $21,995.00 | $21,995.00 | $.00 | $200.00 | $332.21 | $.00 | $283.00 | $22,810.21 |

**Total Retail**

|  |  |  |  |  |  |  |  |  |  |  |  | $272,995.00 | $263,013.93 | $.00 | $1,250.00 | $3,976.75 | $.00 | $2,888.00 | $271,128.68 |

**Unit Count:   9**

**Used RV  Inventory Detail for James Maverick Motor Sports (55701)**

| Floor Date | Days | Last Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/13/15 | 313 | 08/19/16 | SAU | 2012 wild heri | Whi | 003904 | 982 | GD | 09/21/16 | B | Trade-In | $28,750.00 | $.00 | $.00 | $.00 | $.29 | $.00 | $.00 | $.29 |

**Total Used RV**

|  |  |  |  |  |  |  |  |  |  |  |  | $28,750.00 | $.00 | $.00 | $.00 | $.29 | $.00 | $.00 | $.29 |

**Unit Count:   1**