



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 29, 2016**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO.16-33714 |
| BULLMOOSE MOTOR SPORTS, LLC | § § § | CHAPTER 7 |
| DEBTOR | § § § | |

**AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO NEXTGEAR CAPITAL, INC.**

**BEFORE ME** came to be heard the Motion (the "Motion") of secured creditor, NextGear Capital, Inc. ("NextGear") seeking an Order pursuant to 11 U.S.C. § 362(d)(1) and/or § 362(d)(2) lifting the automatic stay in the above-captioned Chapter 7 proceeding of the debtor, Bullmoose Motor Sports, LLC (the "Debtor") with respect to the ten (10) vehicles (collectively, the "NextGear Vehicles") identified by year, make, model, and VIN attached hereto as Exhibit "A" as well as chattel paper constituting retail installment contracts and proceeds thereof (the "NextGear Chattel Paper") related to certain NextGear-financed vehicles identified on NextGear's Receivable Detail

Report, attached hereto as Exhibit "B."

After reviewing the Motion and the supporting Exhibits annexed thereto, and noting that counsel for Debtor and the Chapter 7 Trustee are in agreement with the relief sought in this Agreed Order, the Court is of the opinion that the Motion should be GRANTED.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the automatic stay shall be lifted with respect to the NextGear Vehicles such that NextGear may proceed under applicable non-bankruptcy law to pursue its state law remedies against the NextGear Vehicles including, but not limited to 1) repossession of all NextGear Vehicles subject to NextGear's security interest or any proceeds of the NextGear Vehicles, subject to the Chapter 7 Trustee's rights to investigate the extent, validity, and priority of NextGear's asserted lien; 2) Debtor's books and records associated with the NextGear Vehicles and sales thereof, subject to the Chapter 7 Trustee's rights to investigate the extent, validity, and priority of NextGear's asserted lien, and further provided that NextGear will provide copies of the above-referenced Debtor's books and records upon receipt of a request from the Chapter 7 Trustee at no cost to the bankruptcy estate; and 3) contacting finance companies and alleged buyers of the NextGear Vehicles to investigate transfers of the NextGear Vehicles.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that if the Chapter 7 Trustee does not object to NextGear liquidating any recovered NextGear Vehicles within 30 days of entry of this Agreed Order, the automatic stay is lifted such that NextGear may proceed to foreclose upon, liquidate, and dispose of the NextGear Vehicles in accordance with State Law, and NextGear shall provide an accounting to the Chapter 7 Trustee disclosing the total amount received by NextGear from the net auction(s) proceeds arising from the sale of such recovered NextGear Vehicles.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that NextGear is authorized to collect any and all accounts receivable, or other payment on collateral, due to NextGear pursuant

to the liens, security interests and other encumbrances attached to the NextGear Vehicles or otherwise associated with the NextGear Chattel Paper (the "Receivables").

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any and all Receivables collected by the Chapter 7 Trustee or Debtor, at any time whatsoever, shall be immediately forwarded to NextGear.  Upon requested by the Chapter 7 Trustee, NextGear shall provide an accounting to the Chapter 7 Trustee disclosing the amounts received, date received and source of payments.

**ORDERED, ADJUDGED AND DECREED** that the provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3) are waived and the Order shall be in full force and effect upon the signature of the Court.

###END OF ORDER###

AGREED IN FORM AND SUBSTANCE:

| | |
|---|---|
| Padfield & Stout, LLP<br>421 W. Third Street, Suite 910<br>Fort Worth, Texas 76102<br>Phone: 817-338-1616<br>Fax: 817-338-1610<br><br>*/s/ Christopher V. Arisco*<br>Alan B. Padfield<br>State Bar I.D. # 00784712<br>abp@livepad.com<br>Christopher V. Arisco<br>State Bar I.D. # 24064830<br>carisco@livepad.com<br><br>*Attorneys for NextGear Capital, Inc.* | Joyce W. Lindauer Attorney, PLLC<br>12720 Hillcrest Road, Suite 625<br>Dallas, Texas 75230<br>Phone: 972-503-4033<br>Fax: 972-503-4034<br><br>*/s/ Joyce W. Lindauer*<br>Joyce W. Lindauer<br>State Bar I.D. # 21555700<br>joyce@joycelindauer.com<br><br><br><br><br>*Attorney for Debtor* |
| 900 Jackson Street<br>Dallas, Texas 75202<br>Phone: 214-210-2913<br><br>*/s/ Jeffrey H. Mims*<br>Jeffrey H. Mims<br><br>Chapter 7 Trustee | |

| Stock Number | VIN | Year | Make |
|---|---|---|---|
| 1092 | 5TFAW5F12EX372244 | 2014 | Toyota Tundra Platinum |
| 1133 | 1GDW7LCG8D1111584 | 2013 | GMC G2500 EX UPF |
| 1134 | 1GC1KXE82DF135117 | 2013 | Chevrolet 2500 LT Crew |
| 1142 | JTHBF1D25F5059662 | 2015 | Lexus IS 250 Crafted Line |
| 1143 | 1FT7W2BT7CEC66011 | 2012 | Ford F250SD XLT |
| 1144 | 1GNSKKKC0FR544175 | 2015 | Chevrolet Sub LTZ |
| 1149 | 1FMJU2A54AEB07308 | 2010 | Ford Exped LTD |
| 1157 | 1FTWW33P64EA13900 | 2004 | Ford F350SD King Ranch |
| 1159 | 1FTSW21P06EA93936 | 2006 | Ford F250SD King Ranch |
| 982 | 4X4FWBH20CU003904 | 2012 | Wildwood Forest River Heritage Glen Lite |

EXHIBIT A

*Receivable Detail Report*





Receivable Detail Report

| | | | | |
|---|---|---|---|---|
| **Region** | Not Selected | | **Market** | Not Selected |
| **Business** | James Maverick Motor Sports(55701) | | **Report Date** | WED, 09/21/2016 02:48:29 PM |
| **Exclude Default Dealers** | False | | **Requested By** | Kathryn Benfield |
| **Exclude Account Level Charges** | False | | **Include Comments** | No |
| **Dealer Finance Type** | All | | | |

### Customer Profile

| | |
|---|---|
| Name: | James Maverick Motor Sports |
| Dealer Id: | 55701 |
| Address Line 1: | 1628 W Crosby Rd Ste 109 |
| Address Line 2: | |
| City, State, ZIP: | Carrollton, TX 750066679 |
| Phone: | (972)219-3900 |
| Fax: | (972)691-4185 |

### Market Info & Account Profile

| | |
|---|---|
| Market: | Plano (289) |
| Market Phone: | (972)489-6712 |
| Finance Program: | Diamond |
| Dealer Status: | DL |
| Lot Audit: | Incomplete |
| Unapplied Funds: | $.00 |
| Reserved Funds: | $.00 |

| Fee Type | Description | Amount Due | Date Incurred |
|---|---|---|---|
| NSF | | $25.00 | 08/15/2016 |
| **Total Account Charges for James Maverick Motor Sports (55701)** | | | |
| | | **$25.00** | |

| LOC Type | Approved Credit | Temp. Credit | Temp. Expiration | Total Credit: | Outstanding | Credit Available | Term Plan |
|---|---|---|---|---|---|---|---|
| Retail | $500,000.00 | $.00 | | $500,000.00 | $263,013.93 | $.00 | D60/30/30 -- F50/50/50 -- R0.25 -- C%0/5 |
| Used RV | $75,000.00 | $.00 | | $75,000.00 | $.00 | $.00 | |
| **Total Line of Credit for James Maverick Motor Sports (55701)** | | | | | | | |
| | $575,000.00 | $.00 | | $575,000.00 | $263,013.93 | $.00 | |

| Floor Date | Days | Last Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Retail Inventory Detail for James Maverick Motor Sports (55701)** | | | | | | | | | | | | | | | | | | | |
| 03/15/16 | 190 | 08/29/16 | STK | 2014 TOYO TUND | Bla | 372244 | 1092 | FR | 08/15/16 | S | Metro Auto Auction Dallas | $39,830.00 | $35,902.61 | $.00 | $.00 | $357.09 | $.00 | $265.00 | $36,524.70 |
| 04/21/16 | 153 | 07/20/16 | PFC | 2013 GMC G250 | Bla | 111584 | 1133 | FR | 08/19/16 | S | Manheim Dallas (DALA) | $31,655.00 | $30,072.25 | $.00 | $50.00 | $290.12 | $.00 | $265.00 | $30,677.37 |

EXHIBIT B

| Floor Date | Last Days | Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/21/16 | 153 | 07/20/16 | STK | 2013 CHEV 2500 | Blu | 135117 | 1134 | FR | 08/19/16 | S | Manheim Dallas (DALA) | $36,180.00 | $34,371.00 | $.00 | $50.00 | $331.48 | $.00 | $265.00 | $35,017.48 |
| 05/19/16 | 125 | 05/20/16 | PFA | 2015 Lexu IS 2 | Bla | 059662 | 1142 | AU | 08/17/16 | S | TQI EXCHANGE, LLC | $25,000.00 | $25,000.00 | $.00 | $200.00 | $486.72 | $.00 | $448.00 | $26,134.72 |
| 05/19/16 | 125 | 08/22/16 | PFC | 2012 Ford F250 | Whi | C66011 | 1143 | FR | 09/16/16 | S | Santander Consumer USA | $38,000.00 | $35,338.07 | $.00 | $200.00 | $721.26 | $.00 | $448.00 | $36,707.33 |
| 05/18/16 | 126 | | STK | 2015 CHEV SUB | Bla | 544175 | 1144 | FR | 08/17/16 | S | Manheim Dallas (DALA) | $47,580.00 | $47,580.00 | $.00 | $150.00 | $922.40 | $.00 | $348.00 | $49,000.40 |
| 06/02/16 | 111 | | STK | 2010 FORD EXPE | Whi | B07308 | 1149 | FR | 08/31/16 | S | Manheim Dallas (DALA) | $19,455.00 | $19,455.00 | $.00 | $200.00 | $333.74 | $.00 | $283.00 | $20,271.74 |
| 06/15/16 | 98 | | PFC | 2004 Ford F350 | Whi | A13900 | 1157 | FR | 09/14/16 | B | Trade-In | $13,300.00 | $13,300.00 | $.00 | $200.00 | $201.73 | $.00 | $283.00 | $13,984.73 |
| 06/15/16 | 98 | | PFC | 2006 Ford F250 | Whi | A93936 | 1159 | FR | 09/14/16 | B | CarMax (Pay Buyer Account) | $21,995.00 | $21,995.00 | $.00 | $200.00 | $332.21 | $.00 | $283.00 | $22,810.21 |
| **Total Retail** | | | | | | | | | | | | $272,995.00 | $263,013.93 | $.00 | $1,250.00 | $3,976.75 | $.00 | $2,888.00 | $271,128.68 |

**Unit Count:** 9

| Used RV Inventory Detail for James Maverick Motor Sports (55701) |
|---|

| Floor Date | Days | Paid | VS | Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/13/15 | 313 | 08/19/16 | SAU | 2012 wild heri | Whi | 003904 | 982 | GD | 09/21/16 | B | Trade-In | $28,750.00 | $.00 | $.00 | $.00 | $.29 | $.00 | $.00 | $.29 |
| **Total Used RV** | | | | | | | | | | | | $28,750.00 | $.00 | $.00 | $.00 | $.29 | $.00 | $.00 | $.29 |

**Unit Count:** 1