## 100352289 JAMES MAVERICK inventory as of 09/23/2016

| VIN | Year | Make | Model | Funded Amount | Balance | Interest & Fees | Black Book |
|---|---|---|---|---|---|---|---|
| WD4PE7CC2B5572939 | 2011 | Mercedes-Benz | 2500 Sprinter Vans | $30,575.00 | $27,517.50 | $545.00 | $29,750.00 |
| 1GTHC29U65E292386 | 2005 | GMC | Sierra 2500 | $11,887.32 | $11,887.32 | $540.00 | $9,650.00 |
| 1GCJK33254F266579 | 2004 | Chevrolet | Silverado 3500 | $18,775.00 | $17,836.25 | $580.00 | $9,200.00 |
| 3TMJU62N29M083624 | 2009 | Toyota | Tacoma | $14,720.00 | $14,720.00 | $580.00 | $15,575.00 |
| JTEBU4BF6DK168088 | 2013 | Toyota | FJ Cruiser | $28,390.00 | $26,970.50 | $830.00 | $27,725.00 |
| 1FTPX02546KA90690 | 2006 | Ford | F150 | $10,570.00 | $2,696.00 | $400.00 | $7,000.00 |
| 1FTWW31P05EB23300 | 2005 | Ford | F350SD | $22,195.00 | $21,085.25 | $580.00 | $16,775.00 |
| 2GTEC190681111688 | 2008 | GMC | Sierra 1500 | $14,609.18 | $14,609.18 | $645.61 | $13,100.00 |
| 3C7WDLFL1CG187625 | 2012 | Ram | 4500 | $27,000.00 | $24,300.00 | $400.00 | $34,925.00 |
| SALMF13467A253051 | 2007 | Land Rover | Range Rover | $18,183.47 | $18,183.47 | $580.00 | $14,450.00 |
| 1G1YY26E265127749 | 2006 | Chevrolet | Corvette | $33,270.00 | $33,270.00 | $775.00 | $27,700.00 |
| 1FD0W5HT3BEB87763 | 2011 | FORD | F550 | $24,000.00 | $21,600.00 | $755.00 | $0.00 |
| 1GKEC63828J205279 | 2008 | GMC | Yukon | $17,440.54 | $17,440.54 | $540.00 | $15,200.00 |
| 3GCEC23J69G160499 | 2009 | Chevrolet | Silverado 1500 | $20,610.00 | $19,579.50 | $580.00 | $16,825.00 |
| 1GC1KXC83CF171593 | 2012 | Chevrolet | Silverado 2500 | $33,490.00 | $30,141.00 | $472.72 | $28,800.00 |
| 3GCRKSE31AG296644 | 2010 | Chevrolet | Silverado 1500 | $14,972.14 | $14,972.14 | $540.00 | $14,350.00 |
| YV4982CT6A1563354 | 2010 | Volvo | XC90 | $15,500.00 | $13,950.00 | $465.00 | $14,450.00 |
| 3C6UD5PL8CG335534 | 2012 | Ram | 2500 | $39,800.00 | $39,800.00 | $1,501.72 | $36,150.00 |
| 1GYS4CEF3BR126700 | 2011 | Cadillac | Escalade | $31,985.00 | $28,786.50 | $465.00 | $31,350.00 |
| 5TBEV54127S462163 | 2007 | Toyota | Tundra | $14,930.00 | $14,183.50 | $833.46 | $14,075.00 |
| 1FD8W3HT2BEB69231 | 2011 | Ford | F350SD | $20,000.00 | $18,000.00 | $931.75 | $32,900.00 |
| 5TFFY5F12AX095413 | 2010 | Toyota | Tundra | $23,690.00 | $21,321.00 | $505.00 | $21,875.00 |
| 1FTFW1CT4DKE62091 | 2013 | Ford | F150 | $25,930.00 | $24,633.50 | $656.43 | $21,475.00 |
| 1D7HA18D85S355724 | 2005 | Dodge | Ram 1500 | $10,620.00 | $10,089.00 | $921.37 | $5,875.00 |
| 3FADP0L38AR384992 | 2010 | Ford | Fusion | $9,015.00 | $8,113.50 | $755.00 | $7,875.00 |
| 1GKFK63818J136768 | 2008 | GMC | Yukon | $21,911.40 | $21,911.40 | $540.00 | $17,375.00 |
| 1GT125E84EF190870 | 2014 | GMC | Sierra 2500 | $44,485.00 | $44,485.00 | $1,442.80 | $44,200.00 |
| 1FTFW1EF8CKD29467 | 2012 | Ford | F150 | $23,495.00 | $21,145.50 | $755.00 | $14,425.00 |
| 3GCPKSE34BG337390 | 2011 | Chevrolet | Silverado 1500 | $21,200.00 | $19,080.00 | $515.10 | $20,800.00 |
| 1D7RV1CT9BS506928 | 2011 | Ram | 1500 | $19,085.00 | $17,176.50 | $715.00 | $21,250.00 |
| 5J6YH1H71BL001480 | 2011 | Honda | Element | $12,781.14 | $12,781.14 | $540.00 | $12,700.00 |
| 5TFHW5F13CX259737 | 2012 | Toyota | Tundra | $34,980.00 | $33,231.00 | $1,086.85 | $32,750.00 |
| 3C6JD6DP7CG201307 | 2012 | Ram | 1500 | $8,437.07 | $8,437.07 | $580.00 | $8,550.00 |
| 1GT125C89BF144546 | 2011 | GMC | Sierra 2500 | $29,461.34 | $29,461.34 | $730.00 | $28,675.00 |
| JTEDS42A092085928 | 2009 | Toyota | Highlander | $15,415.00 | $14,644.25 | $963.97 | $15,075.00 |
| 1FDAW56R58EB45650 | 2008 | FORD | F550 | $15,000.00 | $13,500.00 | $465.00 | $0.00 |
| 1GNSKKE79DR247661 | 2013 | Chevrolet | Suburban | $35,040.00 | $35,040.00 | $880.00 | $33,725.00 |
| 1FTPW14V99KB24567 | 2009 | Ford | F150 | $17,385.00 | $16,515.75 | $825.01 | $12,900.00 |
| 1GKKRSEDXBJ344684 | 2011 | GMC | Acadia | $15,920.68 | $15,920.68 | $540.00 | $12,650.00 |
| 1FMJK1J58EEF47859 | 2014 | Ford | Expedition EL | $33,915.00 | $32,219.25 | $580.00 | $33,000.00 |
| 5TFJU4GN4CX028221 | 2012 | Toyota | Tacoma | $20,080.00 | $20,080.00 | $475.00 | $20,550.00 |
| 1GYS4BEF1CR219873 | 2012 | Cadillac | Escalade | $35,160.54 | $35,160.54 | $690.00 | $34,475.00 |
| 1FTFW1EV5AFC03502 | 2010 | Ford | F150 | $17,785.00 | $16,895.75 | $640.00 | $18,050.00 |
| | | | **Totals** | $ 953,694.82 | $ 903,370.82 | $ 29,341.79 | $ 848,200.00 |

**EXHIBIT G**