



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed December 8, 2016**

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO.16-33714 |
| BULLMOOSE MOTOR SPORTS, LLC | § § § | CHAPTER 7 |
| DEBTOR | § § | |

**AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO WESTLAKE FLOORING COMPANY, LLC**

**BEFORE ME** came to be heard the Motion (the "Motion") of secured creditor, Westlake Flooring Company, LLC ("WFC") seeking an Order pursuant to 11 U.S.C. § 362(d)(1) and/or § 362(d)(2) lifting the automatic stay in the above-captioned Chapter 7 proceeding of the debtor, Bullmoose Motor Sports, LLC (the "Debtor") with respect to the forty-two (42) vehicles (collectively, the "Westlake Vehicles") identified by year, make, model, and VIN attached hereto as Exhibit "A" as well as chattel paper constituting retail installment contracts and proceeds thereof (the "Westlake Chattel Paper") related to certain Westlake-financed vehicles identified on WFC's

Receivable Detail Report, attached hereto as Exhibit "B."

After reviewing the Motion and the supporting Exhibits annexed thereto, and noting that counsel for Debtor is in agreement with the relief sought in this Agreed Order, the Chapter 7 Trustee has not filed any objection to WFC's Motion, and Dallas County's objection [Doc. # 48] has been resolved per the terms of this agreed order, the Court is of the opinion that the Motion should be GRANTED.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the automatic stay shall be lifted with respect to the Westlake Vehicles such that WFC may proceed under applicable non-bankruptcy law to pursue its state law remedies against the WFC Vehicles including, but not limited to 1) repossession of all WFC Vehicles subject to WFC's security interest or any proceeds of the Westlake Vehicles, subject to the Chapter 7 Trustee's rights to investigate the extent, validity, and priority of WFC's asserted lien; 2) Debtor's books and records associated with the Westlake Vehicles and sales thereof, subject to the Chapter 7 Trustee's rights to investigate the extent, validity, and priority of WFC's asserted lien, and further provided that WFC will provide copies of the above-referenced Debtor's books and records upon receipt of a request from the Chapter 7 Trustee at no cost to the bankruptcy estate; and 3) contacting finance companies and alleged buyers of the Westlake Vehicles to investigate transfers of the Westlake Vehicles.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the automatic stay is lifted such that WFC may proceed to foreclose upon, liquidate, and dispose of the Westlake Vehicles in accordance with State Law, and WFC shall provide an accounting to the Chapter 7 Trustee disclosing the total amount received by WFC from the net auction(s) proceeds arising from the sale of such recovered Westlake Vehicles.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that WFC is authorized to collect any and all accounts receivable, or other payment on collateral, due to WFC pursuant to the liens, security interests and other encumbrances attached to the Westlake Vehicles or otherwise

associated with the Westlake Chattel Paper (the "Receivables").

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any and all Receivables collected by the Chapter 7 Trustee or Debtor, at any time whatsoever, shall be immediately forwarded to WFC. Upon requested by the Chapter 7 Trustee, WFC shall provide an accounting to the Chapter 7 Trustee disclosing the amounts received, date received and source of payments.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that WFC shall tender from the sales proceeds of the sale of the Westlake Vehicles the sum of $6,926.19 to Dallas County in satisfaction of Dallas County, City of Carrollton, Dallas County Community College District, Parkland Hospital District, and Dallas County School Equalization Fund's personal property tax liens on the Westlake Vehicles on or before January 31, 2017.

**ORDERED, ADJUDGED AND DECREED** that the provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3) are waived and the Order shall be in full force and effect upon the signature of the Court.

###END OF ORDER###

AGREED IN FORM AND SUBSTANCE

| | |
|---|---|
| Padfield & Stout, LLP<br>421 W. Third Street, Suite 910<br>Fort Worth, Texas 76102<br>Phone: 817-338-1616<br>Fax: 817-338-1610<br><br>*/s/ Christopher V. Arisco*<br>Alan B. Padfield<br>State Bar I.D. # 00784712<br>abp@livepad.com<br>Christopher V. Arisco<br>State Bar I.D. # 24064830<br>carisco@livepad.com<br><br>*Attorneys for WFC* | Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, Texas 75207<br>Phone: 214-880-0089<br>Fax: 469-221-5003<br><br>*/s/ Sherrel K. Knighton*<br>Sherrel K. Knighton<br>State Bar I.D. # 00796900<br><br><br><br><br>*Attorney for Dallas County* |

| Year | Make | Model | Vin |
|---|---|---|---|
| 2009 | Ford | F150 | B24567 |
| 2007 | Toyota | Tundra | 462163 |
| 2012 | Toyota | Tundra | 259737 |
| 2014 | GMC | Sierra 2500 | 190870 |
| 2006 | Chevrolet | Corvette | 127749 |
| 2013 | Chevrolet | Suburban | 247661 |
| 2011 | Chevrolet | Silverado 1500 | 337390 |
| 2013 | Ford | F150 | E62091 |
| 2005 | Dodge | Ram 1500 | 355724 |
| 2013 | Toyota | FJ Cruiser | 168088 |
| 2008 | GMC | Sierra 1500 | 111688 |
| 2012 | Chevrolet | Silverado 2500 | 171593 |
| 2010 | Ford | F150 | C03502 |
| 2009 | Toyota | Tacoma | 083624 |
| 2004 | Chevrolet | Silverado 3500 | 266579 |
| 2009 | Toyota | Highlander | 085928 |
| 2012 | Toyota | Tacoma | 028221 |
| 2009 | Chevrolet | Silverado 1500 | 160499 |
| 2011 | Honda | Element | 001480 |
| 2012 | Cadillac | Escalade | 219873 |
| 2008 | GMC | Yukon | 205279 |
| 2011 | GMC | Acadia | 344684 |
| 2010 | Chevrolet | Silverado 1500 | 296644 |
| 2005 | GMC | Sierra 2500 | 292386 |
| 2008 | GMC | Yukon | 136768 |
| 2011 | GMC | Sierra 2500 | 144546 |
| 2007 | Land Rover | Range Rover | 253051 |
| 2012 | Ram | 1500 | 201307 |
| 2014 | Ford | Expedition EL | F47859 |
| 2011 | Ram | 1500 | 506928 |
| 2005 | Ford | F350SD | B23300 |
| 2011 | Cadillac | Escalade | 126700 |
| 2011 | Mercedes-Benz | 2500 Sprinter Van | 572939 |
| 2010 | Ford | Fusion | 384992 |
| 2011 | Ford | F350SD | B69231 |
| 2011 | FORD | F550 | B87763 |
| 2008 | FORD | F550 | B45650 |
| 2010 | Volvo | XC90 | 563354 |
| 2012 | Ram | 4500 | 187625 |
| 2010 | Toyota | Tundra | 095413 |
| 2012 | Ford | F150 | D29467 |
| 2006 | Ford | F150 | A90690 |

EXHIBIT A

## 100352289 JAMES MAVERICK inventory as of 09/23/2016

| VIN | Year | Make | Model | Funded Amount | Balance | Interest & Fees | Black Book |
|---|---|---|---|---|---|---|---|
| WD4PE7CC2B5572939 | 2011 | Mercedes-Benz | 2500 Sprinter Vans | $30,575.00 | $27,517.50 | $545.00 | $29,750.00 |
| 1GTHC29U65E292386 | 2005 | GMC | Sierra 2500 | $11,887.32 | $11,887.32 | $540.00 | $9,650.00 |
| 1GCJK33254F266579 | 2004 | Chevrolet | Silverado 3500 | $18,775.00 | $17,836.25 | $580.00 | $9,200.00 |
| 3TMJU62N29M083624 | 2009 | Toyota | Tacoma | $14,720.00 | $14,720.00 | $580.00 | $15,575.00 |
| JTEBU4BF6DK168088 | 2013 | Toyota | FJ Cruiser | $28,390.00 | $26,970.50 | $830.00 | $27,725.00 |
| 1FTPX02546KA90690 | 2006 | Ford | F150 | $10,570.00 | $2,696.00 | $400.00 | $7,000.00 |
| 1FTWW31P05EB23300 | 2005 | Ford | F350SD | $22,195.00 | $21,085.25 | $580.00 | $16,775.00 |
| 2GTEC190681111688 | 2008 | GMC | Sierra 1500 | $14,609.18 | $14,609.18 | $645.61 | $13,100.00 |
| 3C7WDLFL1CG187625 | 2012 | Ram | 4500 | $27,000.00 | $24,300.00 | $400.00 | $34,925.00 |
| SALMF13467A253051 | 2007 | Land Rover | Range Rover | $18,183.47 | $18,183.47 | $580.00 | $14,450.00 |
| 1G1YY26E265127749 | 2006 | Chevrolet | Corvette | $33,270.00 | $33,270.00 | $775.00 | $27,700.00 |
| 1FD0W5HT3BEB87763 | 2011 | FORD | F550 | $24,000.00 | $21,600.00 | $755.00 | $0.00 |
| 1GKEC63828J205279 | 2008 | GMC | Yukon | $17,440.54 | $17,440.54 | $540.00 | $15,200.00 |
| 3GCEC23J69G160499 | 2009 | Chevrolet | Silverado 1500 | $20,610.00 | $19,579.50 | $580.00 | $16,825.00 |
| 1GC1KXC83CF171593 | 2012 | Chevrolet | Silverado 2500 | $33,490.00 | $30,141.00 | $472.72 | $28,800.00 |
| 3GCRKSE31AG296644 | 2010 | Chevrolet | Silverado 1500 | $14,972.14 | $14,972.14 | $540.00 | $14,350.00 |
| YV4982CT6A1563354 | 2010 | Volvo | XC90 | $15,500.00 | $13,950.00 | $465.00 | $14,450.00 |
| 3C6UD5PL8CG335534 | 2012 | Ram | 2500 | $39,800.00 | $39,800.00 | $1,501.72 | $36,150.00 |
| 1GYS4CEF3BR126700 | 2011 | Cadillac | Escalade | $31,985.00 | $28,786.50 | $465.00 | $31,350.00 |
| 5TBEV54127S462163 | 2007 | Toyota | Tundra | $14,930.00 | $14,183.50 | $833.46 | $14,075.00 |
| 1FD8W3HT2BEB69231 | 2011 | Ford | F350SD | $20,000.00 | $18,000.00 | $931.75 | $32,900.00 |
| 5TFFY5F12AX095413 | 2010 | Toyota | Tundra | $23,690.00 | $21,321.00 | $505.00 | $21,875.00 |
| 1FTFW1CT4DKE62091 | 2013 | Ford | F150 | $25,930.00 | $24,633.50 | $656.43 | $21,475.00 |
| 1D7HA18D85S355724 | 2005 | Dodge | Ram 1500 | $10,620.00 | $10,089.00 | $921.37 | $5,875.00 |
| 3FADP0L38AR384992 | 2010 | Ford | Fusion | $9,015.00 | $8,113.50 | $755.00 | $7,875.00 |
| 1GKFK63818J136768 | 2008 | GMC | Yukon | $21,911.40 | $21,911.40 | $540.00 | $17,375.00 |
| 1GT125E84EF190870 | 2014 | GMC | Sierra 2500 | $44,485.00 | $44,485.00 | $1,442.80 | $44,200.00 |
| 1FTFW1EF8CKD29467 | 2012 | Ford | F150 | $23,495.00 | $21,145.50 | $755.00 | $14,425.00 |
| 3GCPKSE34BG337390 | 2011 | Chevrolet | Silverado 1500 | $21,200.00 | $19,080.00 | $515.10 | $20,800.00 |
| 1D7RV1CT9BS506928 | 2011 | Ram | 1500 | $19,085.00 | $17,176.50 | $715.00 | $21,250.00 |
| 5J6YH1H71BL001480 | 2011 | Honda | Element | $12,781.14 | $12,781.14 | $540.00 | $12,700.00 |
| 5TFHW5F13CX259737 | 2012 | Toyota | Tundra | $34,980.00 | $33,231.00 | $1,086.85 | $32,750.00 |
| 3C6JD6DP7CG201307 | 2012 | Ram | 1500 | $8,437.07 | $8,437.07 | $580.00 | $8,550.00 |
| 1GT125C89BF144546 | 2011 | GMC | Sierra 2500 | $29,461.34 | $29,461.34 | $730.00 | $28,675.00 |
| JTEDS42A092085928 | 2009 | Toyota | Highlander | $15,415.00 | $14,644.25 | $963.97 | $15,075.00 |
| 1FDAW56R58EB45650 | 2008 | FORD | F550 | $15,000.00 | $13,500.00 | $465.00 | $0.00 |
| 1GNSKKE79DR247661 | 2013 | Chevrolet | Suburban | $35,040.00 | $35,040.00 | $880.00 | $33,725.00 |
| 1FTPW14V99KB24567 | 2009 | Ford | F150 | $17,385.00 | $16,515.75 | $825.01 | $12,900.00 |
| 1GKKRSEDXBJ344684 | 2011 | GMC | Acadia | $15,920.68 | $15,920.68 | $540.00 | $12,650.00 |
| 1FMJK1J58EEF47859 | 2014 | Ford | Expedition EL | $33,915.00 | $32,219.25 | $580.00 | $33,000.00 |
| 5TFJU4GN4CX028221 | 2012 | Toyota | Tacoma | $20,080.00 | $20,080.00 | $475.00 | $20,550.00 |
| 1GYS4BEF1CR219873 | 2012 | Cadillac | Escalade | $35,160.54 | $35,160.54 | $690.00 | $34,475.00 |
| 1FTFW1EV5AFC03502 | 2010 | Ford | F150 | $17,785.00 | $16,895.75 | $640.00 | $18,050.00 |
| **Totals** | | | | $ 953,694.82 | $ 903,370.82 | $ 29,341.79 | $ 848,200.00 |

EXHIBIT B