| VIN | Year | Make | Model | Net Auction Proceeds |
|---|---|---|---|---|
| 1GCJK33254F266579 | 2004 | Chevrolet | Silverado 3500 | $18,416.25 |
| 3TMJU62N29M083624 | 2009 | Toyota | Tacoma | $13,325.00 |
| JTEBU4BF6DK168088 | 2013 | Toyota | FJ Cruiser | $26,305.00 |
| 1FTWW31P05EB23300 | 2005 | Ford | F350SD | $15,805.00 |
| 1FD0W5HT3BEB87763 | 2011 | FORD | F550 | $20,305.00 |
| 1GKEC63828J205279 | 2008 | GMC | Yukon | $15,505.00 |
| 3GCRKSE31AG296644 | 2010 | Chevrolet | Silverado 1500 | $13,925.00 |
| 1FD8W3HT2BEB69231 | 2011 | Ford | F350SD | $21,055.00 |
| 3FADP0L38AR384992 | 2010 | Ford | Fusion | $6,290.00 |
| 1GKFK63818J136768 | 2008 | GMC | Yukon | $15,805.00 |
| 1FTFW1EF8CKD29467 | 2012 | Ford | F150 | $20,105.00 |
| 1D7RV1CT9BS506928 | 2011 | Ram | 1500 | $15,605.00 |
| 5J6YH1H71BL001480 | 2011 | Honda | Element | $10,790.00 |
| 3C6JD6DP7CG201307 | 2012 | Ram | 1500 | $7,390.00 |
| 1GT125C89BF144546 | 2011 | GMC | Sierra 2500 | $28,890.00 |
| 1GKKRSEDXBJ344684 | 2011 | GMC | Acadia | $10,205.00 |
| 1GYS4BEF1CR219873 | 2012 | Cadillac | Escalade | $31,790.00 |
| 1FTFW1EV5AFC03502 | 2010 | Ford | F150 | $15,105.00 |
| | | | **Totals** | **$306,616.25** |

EXHIBIT I