# EXHIBIT J

**Exhibit "A"**

| | | |
|---|---|---|
| Ford | 2015 | 1FTEW1EF7FKD08111 |
| GMC | 2013 | 1GT125E82DF179736 |
| Chevrolet | 2008 | 3GNFC16008G148579 |
| Chevrolet | 2013 | 1GNSCCE0XDR160275 |
| Jeep | 2013 | 1C4BJWEG3DL581609 |
| Ford | 2013 | 1FTFW1R66DFE01304 |
| GMC | 2008 | 1GKFK163X8J193733 |
| Yukon | 2009 | 1GKFC032X9R202548 |
| Ford | 2011 | 1FTFW1ET7BFB61592 |
| Chevrolet | 2011 | 3GNTKGE39BG347593 |
| Chevrolet | 2011 | 1GC1KXE82BF189059 |
| Ford | 2012 | 1FMJK1J51CEF59364 |
| Ford | 2007 | 1FTPW14V67KD23184 |
| Ford | 2012 | 1FTFW1ET1CFA22138 |

**Notification of Disposition of Collateral – Exhibit A**



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE - 469-828-8225 FAX**

## "Join the Alliance"

BILL OF SALE

**Date of Sale: 11/16/16 01:47 PM      Bill of Sale #: 11931      Car #: A1**

Vehicle:        2015 FORD F-150 4 DOOR CAB; STYLESIDE; SUPER C (BLACK)
VIN/Serial #:   1FTEW1EF7FKD08111      Odometer: 9981
Printed Date:   11/18/16 11:39 AM      Auctioneer: AA      Clerk: HM
Announcements: PRE SALE CERTIFIED ALTERED SUSPENSION
ght:            R&D W/CONDITIONS      Title: 22042942262134301/TX      Inventory #: 11874

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| 5261 - DEALERS CREDIT EXPRESS<br>545 N. STATE LINE<br>EXARKANA, TX 75503<br>09-793-5925    LICENSE #: | #2995 - COTRONEO AUTO GROUP<br>16050 MIDWAY RD<br>ADDISON, TX 75001 |

id Price:      $43,500.00
eller Fee:      $555.00
ar Chgs.:      $167.86
lisc. Fees:       $0.00
                ————
**otal Due**
**o Seller:   $42,777.14**   Check #: ___34393___

## ODOMETER DISCLOSURE STATEMENT

ederal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or
nprisonment.
__DEALERS CREDIT EXPRESS_____ state that the odometer of the vehicle described below now
eads ___9981___ (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,
nless one of the following statements is checked.
____ 1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.
____ 2) I hereby certify that the odometer reading is NOT the actual mileage.    **WARNING - ODOMETER DISCREPANCY**

**VEHICLE INFORMATION**
VIN/Serial #:   1FTEW1EF7FKD08111
Vehicle:        2015 FORD F-150 4 DOOR CAB; STYLESIDE; SUPER C (BLACK)

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| 45261 - DEALERS CREDIT EXPRESS<br>3545 N. STATE LINE<br>TEXARKANA, TX 75503 | #2995 - COTRONEO AUTO GROUP<br>16050 MIDWAY RD<br>ADDISON, TX 75001 |

_____          _____
SELLER'S SIGNATURE                        BUYER'S SIGNATURE

                                          KENNETH WILEY COTRONEO
_____          _____
PRINTED NAME OF PERSON SIGNING            PRINTED NAME OF PERSON SIGNING

### * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

| | | | |
|---|---|---|---|
| **Sale Date** 11/16/16   A1 | **Issued** 12/08/16 | **Payee** DEALERS CREDIT EXPRESS | |
| **BOS #** 11931 | | 1FTEW1EF7FKD08111 | Miles: 9981 |
| 2015 FORD F-150 (BLACK) | | **Auction Price** | **$43,500.00** |

| | | | |
|---|---|---|---|
| **Title** | 22042942262134301 / TX | SALES FEE | $555.00 |
| | | MARKETING / PROMO | $17.86 |
| **Buyer** | COTRONEO AUTO GROUP | PRE SALE INSPECTION | $65.00 |
| **Address** | 16050 MIDWAY RD | FULL DETAIL | $85.00 |
| | ADDISON, TX 75001 | | |
| **License #** | P109322 | | |



| | |
|---|---|
| Total Deductions | $722.86 |
| Check Number  34393      **Net Check** | **$42,777.14** |

---

ALLIANCE
AUTO AUCTION - DALLAS

426 LAKEFIELD BLVD
DALLAS, TX 75220
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

| Check Number | **34393** |
|---|---|

| Check Date | **12/08/16** |
|---|---|

Pay
to the
Order of    **DEALERS CREDIT EXPRESS**

**Forty-two Thousand Seven Hundred seventy seven and 14/100***************       | **$42,777.14** |

MEMO:  BOS # 11931   2015 FORD   1FTEW1EF7FKD08111

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

*K. Chawra*
Authorized Signature

5264

⑆34393⑆ ⑈111901519⑈ 311000 7675⑈



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE  -  469-828-8225 FAX**

**"Join the Alliance"**

BILL OF SALE

**Date of Sale: 11/16/16 01:48 PM       Bill of Sale #: 11935        Car #: A3**

Vehicle:        2013 GMC SIERRA 2500HD 4 DOOR CAB; CREW (GRAY)

VIN/Serial #:   1GT125E82DF179736      Odometer: 76864

Printed Date:   11/18/16 09:43 AM      Auctioneer: AA      Clerk: HM

Announcements: PRESALE CERTIFIED

Light:          RIDE & DRIVE          Title: 16910041731135757/TX      Inventory #: 11875

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503<br>309-793-5925       LICENSE #: | #3051 - TEXAS MOTORCARS LLC<br>16000 MIDWAY RD<br>ADDISON, TX 75001 |

| | |
|---|---|
| Bid Price: | $37,700.00 |
| Seller Fee: | $495.00 |
| Car Chgs.: | $167.86 |
| Misc. Fees: | $0.00 |
| **Total Due To Seller:** | **$37,037.14**   Check #: ___34053___ |

## ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or imprisonment.

I,  __DEALERS CREDIT EXPRESS_____ state that the odometer of the vehicle described below now

reads  __76864__  (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,

unless one of the following statements is checked.

_____ 1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.

_____ 2) I hereby certify that the odometer reading is NOT the actual mileage.   **WARNING - ODOMETER DISCREPANCY**

**VEHICLE INFORMATION**

VIN/Serial #:   1GT125E82DF179736

Vehicle:        2013 GMC SIERRA 2500HD 4 DOOR CAB; CREW (GRAY)

| **SELLER INFORMATION** | **BUYER INFORMATION** |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503 | #3051 - TEXAS MOTORCARS LLC<br>16000 MIDWAY RD<br>ADDISON, TX 75001 |

| | |
|---|---|
| _____<br>SELLER'S SIGNATURE | _____<br>BUYER'S SIGNATURE |
| _____<br>PRINTED NAME OF PERSON SIGNING | __JEREMY PAUL BLOUNT_____<br>PRINTED NAME OF PERSON SIGNING |

## * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

Sale Date   11/16/16   A3          Issued 11/29/16   Payee   DEALERS CREDIT EXPRESS
BOS #   11935
                                   1GT125E82DF179736
                                                                              Miles: 76864
2013 GMC SIERRA 2500HD (GRAY)                      Auction Price              **$37,700.00**

| | | |
|---|---|---|
| Title | 16910041731135757 / TX | |
| | | SALES FEE | $495.00 |
| | | MARKETING / PROMO | $17.86 |
| Buyer | TEXAS MOTORCARS LLC | PRE SALE INSPECTION | $65.00 |
| Address | 16000 MIDWAY RD | FULL DETAIL | $85.00 |
| | ADDISON, TX 75001 | |
| License # | P109920 | |



| | |
|---|---|
| | Total Deductions   $662.86 |
| Check Number  34053 | **Net Check**   **$37,037.14** |

---



9426 LAKEFIELD BLVD
**DALLAS, TX 75220**
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS            Check Number        **34053**
102 W MOORE AVE
TERRELL, TX 75160-3129

Check Date        **11/29/16**

Pay
to the
Order of   **DEALERS CREDIT EXPRESS**

**Thirty-seven Thousand thirty seven and 14/100***********************************        **$37,037.14**

MEMO: BOS # 11935   2013 GMC   1GT125E82DF179736

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

K. Chawra
Authorized Signature

⑈34053⑈ ⑆111901519⑆ 311000 7675⑈



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE  -  469-828-8225 FAX**

## "Join the Alliance"

**BILL OF SALE**

**Date of Sale:** 11/16/16 01:49 PM      **Bill of Sale #:** 11936      **Car #:** A4

**Vehicle:**      2008 CHEVROLET SUBURBAN 1500 4 DOOR WAGON (BLACK)

**VIN/Serial #:**   3GNFC16008G148579        Odometer: 118140

**Printed Date:**   11/16/16 03:19 PM        Auctioneer: AA      Clerk: HM

**Announcements:** PRE SALE CERTIFIED

**Light:**      RIDE & DRIVE      Title: 28695342563007016/TX      Inventory #: 11876

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| 5261 - DEALERS CREDIT EXPRESS | #3860 - ZT AUTO SALES |
| 545 N. STATE LINE | 117 MAIN ST |
| TEXARKANA, TX 75503 | GARLAND, TX 75040 |
| 09-793-5925      LICENSE #: | |
| Bid Price:      $12,000.00 | |
| Seller Fee:      $295.00 | |
| Car Chgs.:      $167.86 | |
| Misc. Fees:      $0.00 | |
| **Total Due** ———— | |
| **To Seller:**   **$11,537.14**   Check #:   34068 | |

## ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or
imprisonment.

___DEALERS CREDIT EXPRESS___ _____ state that the odometer of the vehicle described below now

reads ___118140___ (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,

unless one of the following statements is checked.

_____ 1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.

_____ 2) I hereby certify that the odometer reading is NOT the actual mileage.   **WARNING - ODOMETER DISCREPANCY**

### VEHICLE INFORMATION

VIN/Serial #:   3GNFC16008G148579

Vehicle:      2008 CHEVROLET SUBURBAN 1500 4 DOOR WAGON (BLACK)

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS | #3860 - ZT AUTO SALES |
| 545 N. STATE LINE | 117 MAIN ST |
| TEXARKANA, TX 75503 | GARLAND, TX 75040 |

| | |
|---|---|
| _____ | _____ |
| SELLER'S SIGNATURE | BUYER'S SIGNATURE |
| | TAYYAB ZIA |
| _____ | _____ |
| PRINTED NAME OF PERSON SIGNING | PRINTED NAME OF PERSON SIGNING |

### * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

**Sale Date**  11/16/16   A4        **Issued** 11/29/16   **Payee** DEALERS CREDIT EXPRESS
**BOS #**   11936                                3GNFC16008G148579                          Miles: 118140

2008 CHEVROLET SUBURBAN 1500 (BLACK)                    **Auction Price**              **$12,000.00**

| Title | 28695342563007016 / TX | SALES FEE | $295.00 |
|---|---|---|---|
| | | MARKETING / PROMO | $17.86 |
| Buyer | ZT AUTO SALES | PRE SALE INSPECTION | $65.00 |
| Address | 117 MAIN ST | FULL DETAIL | $85.00 |
| | GARLAND, TX 75040 | | |
| License # | P124802 | | |



|  | Total Deductions | $462.86 |
|---|---|---|
| Check Number 34068 | **Net Check** | **$11,537.14** |

---

ALLIANCE
AUTO AUCTION · DALLAS

9426 LAKEFIELD BLVD
DALLAS, TX 75220
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS          Check Number          **34068**
102 W MOORE AVE
TERRELL, TX 75160-3129

                                         Check Date          **11/29/16**

Pay
to the
Order of   **DEALERS CREDIT EXPRESS**

**Eleven Thousand Five Hundred thirty seven and 14/100**************************        **$11,537.14**
MEMO: BOS # 11936   2008 CHEVROLET   3GNFC16008G148579

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

                                         *K. Chawra*
                                         Authorized Signature

⑈34068⑈ ⑆111901519⑆ 311007675⑈



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE - 469-828-8225 FAX**

## "Join the Alliance"

BILL OF SALE

**Date of Sale: 11/16/16 01:52 PM       Bill of Sale #: 11946       Car #: A5**

Vehicle:        2013 CHEVROLET TAHOE LTZ 4 DOOR WAGON (WHITE)

VIN/Serial #:   1GNSCCE0XDR160275       Odometer: 93533

Printed Date:   11/17/16 04:20 PM       Auctioneer: AA       Clerk: HM

Announcements: PRESALE CERTIFIED

Light:          RIDE & DRIVE            Title: 24632541203093920/TX       Inventory #: 11878

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503<br>309-793-5925    LICENSE #: | #437 - R L SAWYER INC<br>8130 WEST 70TH STREET<br>GREENWOOD, LA 71033 |

Bid Price:      $25,800.00

Seller Fee:        $375.00

Car Chgs.:         $167.86

Misc. Fees:          $0.00

**Total Due**
**To Seller:**    **$25,257.14**   Check #:    34066

## ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or
imprisonment.

I, __DEALERS CREDIT EXPRESS_____ state that the odometer of the vehicle described below now

reads ___93533_____ (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,

unless one of the following statements is checked.

_____  1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.

_____  2) I hereby certify that the odometer reading is NOT the actual mileage.  **WARNING - ODOMETER DISCREPANCY**

**VEHICLE INFORMATION**

VIN/Serial #:   1GNSCCE0XDR160275

Vehicle:        2013 CHEVROLET TAHOE LTZ 4 DOOR WAGON (WHITE)

**SELLER INFORMATION**                          **BUYER INFORMATION**

#5261 - DEALERS CREDIT EXPRESS                  #437 - R L SAWYER INC

4545 N. STATE LINE                              8130 WEST 70TH STREET

TEXARKANA, TX 75503                             GREENWOOD, LA 71033

_____                   _____
SELLER'S SIGNATURE                              BUYER'S SIGNATURE

_____                   __RONALD LEROY SAWYER_____
PRINTED NAME OF PERSON SIGNING                  PRINTED NAME OF PERSON SIGNING

## * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

| Sale Date | 11/16/16   A5 | | Issued 11/29/16 | Payee DEALERS CREDIT EXPRESS |
|---|---|---|---|---|
| BOS # | 11946 | | | 1GNSCCE0XDR160275 |

2013 CHEVROLET TAHOE LTZ (WHITE)

Miles: 93533

| | | Auction Price | $25,800.00 |
|---|---|---|---|
| Title | 24632541203093920 / TX | SALES FEE | $375.00 |
| | | MARKETING / PROMO | $17.86 |
| Buyer | R L SAWYER INC | PRE SALE INSPECTION | $65.00 |
| Address | 8130 WEST 70TH STREET | FULL DETAIL | $85.00 |
| | GREENWOOD, LA 71033 | | |
| License # | UD00100416SJF | | |

52u1

| | | Total Deductions | $542.86 |
|---|---|---|---|
| Check Number  34066 | | **Net Check** | **$25,257.14** |

ALLIANCE
AUTO AUCTION · DALLAS
9426 LAKEFIELD BLVD
DALLAS, TX 75220
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

Check Number       **34066**

Check Date       **11/29/16**

Pay to the Order of   **DEALERS CREDIT EXPRESS**

Twenty-five Thousand Two Hundred fifty seven and 14/100*********************       $25,257.14

MEMO:  BOS # 11946   2013 CHEVROLET   1GNSCCE0XDR160275

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

K. Chaura
Authorized Signature

⑈34066⑈ ⑆111901519⑆ 311000767 5⑈



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE - 469-828-8225 FAX**

## "Join the Alliance"

BILL OF SALE

**Date of Sale: 11/16/16 01:51 PM**      **Bill of Sale #: 11940**      **Car #: A6**

Vehicle:           2013 JEEP WRANGLER UNLIMITED 4 DOOR WAGON; OPEN BODY (BLACK)

VIN/Serial #:    1C4BJWEG3DL581609        Odometer: 83517

Printed Date:    11/17/16 02:12 PM        Auctioneer: AA        Clerk: HM

Announcements: PRESALE CERTIFIED

Light:           RIDE & DRIVE              Title: 22020641422094624/TX        Inventory #: 11879

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS | #2031 - TEXAS VEHICLE EXCHANGE PARTNER |
| 4545 N. STATE LINE | 1724 LUNA RD |
| TEXARKANA, TX 75503 | CARROLLTON, TX 75006 |
| 309-793-5925      LICENSE #: | |

| | | |
|---|---|---|
| Bid Price: | $24,500.00 |  |
| Seller Fee: | $375.00 | |
| Car Chgs.: | $167.86 | |
| Misc. Fees: | $0.00 | |
| **Total Due** | ————— | |
| **To Seller:** | **$23,957.14**    Check #:   34054 | |

## ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or
imprisonment.

I,  DEALERS CREDIT EXPRESS                                state that the odometer of the vehicle described below now
reads    83517     (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,
unless one of the following statements is checked.

_____ 1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.

_____ 2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING - ODOMETER DISCREPANCY**

**VEHICLE INFORMATION**
VIN/Serial #:   1C4BJWEG3DL581609
Vehicle:        2013 JEEP WRANGLER UNLIMITED 4 DOOR WAGON; OPEN BODY (BLACK)

| **SELLER INFORMATION** | **BUYER INFORMATION** |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS | #2031 - TEXAS VEHICLE EXCHANGE PARTNER |
| 4545 N. STATE LINE | 1724 LUNA RD |
| TEXARKANA, TX 75503 | CARROLLTON, TX 75006 |

| _____ | _____ |
|---|---|
| SELLER'S SIGNATURE | BUYER'S SIGNATURE |
| _____ | JW WRIGHT |
| PRINTED NAME OF PERSON SIGNING | PRINTED NAME OF PERSON SIGNING |

## * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

Sale Date 11/16/16    A6
BOS #    11940
2013 JEEP WRANGLER UNLIMITED (BLACK)

Issued 11/29/16    **Payee** DEALERS CREDIT EXPRESS

1C4BJWEG3DL581609

Miles: 83517

| | | |
|---|---|---|
| | **Auction Price** | **$24,500.00** |

| Title | 22020641422094624 / TX | | |
|---|---|---|---|
| | | SALES FEE | $375.00 |
| **Buyer** | TEXAS VEHICLE EXCHANGE PARTNER | MARKETING / PROMO | $17.86 |
| **Address** | 1724 LUNA RD | PRE SALE INSPECTION | $65.00 |
| | CARROLLTON, TX 75006 | FULL DETAIL | $85.00 |
| **License #** | P55191 | | |

_ 5228 _

| | |
|---|---|
| Total Deductions | $542.86 |
| Check Number  34054 | |
| **Net Check** | **$23,957.14** |

---

**ALLIANCE**
AUTO AUCTION · DALLAS
9426 LAKEFIELD BLVD
DALLAS, TX 75220
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

Check Number    **34054**

Check Date    **11/29/16**

Pay
to the
Order of    **DEALERS CREDIT EXPRESS**

**Twenty-three Thousand Nine Hundred fifty seven and 14/100**********************    | **$23,957.14** |

MEMO:  BOS # 11940   2013 JEEP   1C4BJWEG3DL581609

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

K. Chavira
Authorized Signature

⑈34054⑈ ⑆111901519⑆ 311007675⑈



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE - 469-828-8225 FAX**

## "Join the Alliance"

BILL OF SALE

**Date of Sale:  11/16/16 01:52 PM        Bill of Sale #:  11944        Car #:  A7**

Vehicle:         2013 FORD F-150 4 DOOR CAB; SUPER CREW (BLACK)
VIN/Serial #:    1FTFW1R66DFE01304        Odometer: 45933
Printed Date:    11/18/16 12:47 PM        Auctioneer: AA        Clerk: HM
Announcements: PRE SALE CERTIFIED
Light:           RIDE & DRIVE            Title: 05726341576100850/TX        Inventory #: 11881

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503<br>309-793-5925      LICENSE #: | #2559 - NORTH TEXAS AUTO SALES, LLC<br>615 S 4TH AVE<br>MANSFIELD, TX 76063 |

Bid Price:        $40,800.00
Seller Fee:         $525.00
Car Chgs.:          $147.86
Misc. Fees:           $0.00
**Total Due**
**To Seller:      $40,127.14**   Check #:    34067

### ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or
imprisonment.

I,  DEALERS CREDIT EXPRESS                          state that the odometer of the vehicle described below now
reads   45933    (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,
unless one of the following statements is checked.
_____  1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.
_____  2) I hereby certify that the odometer reading is NOT the actual mileage.  **WARNING - ODOMETER DISCREPANCY**

**VEHICLE INFORMATION**
VIN/Serial #:    1FTFW1R66DFE01304
Vehicle:         2013 FORD F-150 4 DOOR CAB; SUPER CREW (BLACK)

| **SELLER INFORMATION** | **BUYER INFORMATION** |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503 | #2559 - NORTH TEXAS AUTO SALES, LLC<br>615 S 4TH AVE<br>MANSFIELD, TX 76063 |

SELLER'S SIGNATURE                                    BUYER'S SIGNATURE

                                                      CHAD MARTIN HOLLINGSWORTH
PRINTED NAME OF PERSON SIGNING                        PRINTED NAME OF PERSON SIGNING

## * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

| Sale Date | 11/16/16   A7 | | Issued 11/29/16 | Payee  DEALERS CREDIT EXPRESS | |
|---|---|---|---|---|---|
| BOS # | 11944 | | | 1FTFW1R66DFE01304 | |
| 2013 FORD F-150 (BLACK) | | | | | Miles: 45933 |

| | | Auction Price | $40,800.00 |
|---|---|---|---|

| Title | 05726341576100850 / TX | SALES FEE | $525.00 |
|---|---|---|---|
| | | MARKETING / PROMO | $17.86 |
| Buyer | NORTH TEXAS AUTO SALES, LLC | PRE SALE INSPECTION | $65.00 |
| Address | 615 S 4TH AVE | FULL DETAIL | $65.00 |
| | MANSFIELD, TX 76063 | | |
| License # | P103941W | | |

| | Total Deductions | $672.86 |
|---|---|---|
| Check Number  34067 | **Net Check** | **$40,127.14** |

**A** ALLIANCE
AUTO AUCTION · DALLAS

**9426 LAKEFIELD BLVD**
**DALLAS, TX 75220**
**214-646-3136**

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

| Check Number | **34067** |
|---|---|
| Check Date | **11/29/16** |

Pay
to the
Order of    **DEALERS CREDIT EXPRESS**

**Forty Thousand One Hundred twenty seven and 14/100***************************

| | **$40,127.14** |
|---|---|

MEMO:  BOS # 11944   2013 FORD   1FTFW1R66DFE01304

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

K. Chaura
Authorized Signature

⑈34067⑈ ⑆111901519⑆ 311000 7675⑈



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE  -  469-828-8225 FAX**

## "Join the Alliance"

BILL OF SALE

**Date of Sale:  11/16/16 01:54 PM        Bill of Sale #:  11947          Car #:  A8**

Vehicle:        2008 GMC YUKON XL 1500 4 DOOR WAGON (BLACK)
VIN/Serial #:   1GKFK163X8J193733        Odometer: 81035
Printed Date:   11/17/16 04:20 PM       Auctioneer: AA     Clerk: HM
Announcements: PRESALE CERTIFIED/ALTERED FRAME
Light:          R&D W/CONDITIONS        Title: 22038841743105818/TX        Inventory #: 11897

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503<br>309-793-5925     LICENSE #: | #437 - R L SAWYER INC<br>8130 WEST 70TH STREET<br>GREENWOOD, LA 71033 |

| | |
|---|---|
| Bid Price: | $15,400.00 |
| Seller Fee: | $315.00 |
| Car Chgs.: | $92.86 |
| Misc. Fees: | $0.00 |
| **Total Due** | |
| **To Seller:** | **$14,992.14**    Check #:   34055 |

## ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or
imprisonment.

I,  DEALERS CREDIT EXPRESS                                      state that the odometer of the vehicle described below now
reads   81035    (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,
unless one of the following statements is checked.
_____  1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.
_____  2) I hereby certify that the odometer reading is NOT the actual mileage.   **WARNING - ODOMETER DISCREPANCY**

**VEHICLE INFORMATION**
VIN/Serial #:  1GKFK163X8J193733
Vehicle:       2008 GMC YUKON XL 1500 4 DOOR WAGON (BLACK)

**SELLER INFORMATION**                          **BUYER INFORMATION**
#5261 - DEALERS CREDIT EXPRESS                  #437 - R L SAWYER INC
4545 N. STATE LINE                              8130 WEST 70TH STREET
TEXARKANA, TX 75503                             GREENWOOD, LA 71033

_____                 _____
SELLER'S SIGNATURE                              BUYER'S SIGNATURE

_____                 RONALD LEROY SAWYER
PRINTED NAME OF PERSON SIGNING                  PRINTED NAME OF PERSON SIGNING

## * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

| Sale Date | 11/16/16   A8 | Issued 11/29/16 | Payee | DEALERS CREDIT EXPRESS |
|---|---|---|---|---|

BOS #    11947       1GKFK163X8J193733

2008 GMC YUKON XL 1500 (BLACK)     Miles: 81035

**Auction Price**     **$15,400.00**

| Title | 22038841743105818 / TX | | SALES FEE | $315.00 |
|---|---|---|---|---|
| | | | GAS (REGULAR) | $10.00 |
| Buyer | R L SAWYER INC | | MARKETING / PROMO | $17.86 |
| Address | 8130 WEST 70TH STREET | | PRE SALE INSPECTION | $65.00 |
| | GREENWOOD, LA 71033 | | | |
| License # | UD00100416SJF | | | |

*5487*

| | Total Deductions | $407.86 |
|---|---|---|
| Check Number   34055 | **Net Check** | **$14,992.14** |

9426 LAKEFIELD BLVD
**DALLAS, TX 75220**
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

Check Number     **34055**

Check Date     **11/29/16**

Pay
to the
Order of    **DEALERS CREDIT EXPRESS**

**Fourteen Thousand Nine Hundred ninety two and 14/100************************ | $14,992.14**

MEMO: BOS # 11947   2008 GMC   1GKFK163X8J193733

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

*K. Chaurra*
Authorized Signature

⑈34055⑈ ⑇111901519⑇ 311007675⑈



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE  -  469-828-8225 FAX**

## "Join the Alliance"

BILL OF SALE

**Date of Sale:  11/16/16 01:54 PM**       **Bill of Sale #:  11952**       **Car #:  A9**

Vehicle:          2009 GMC YUKON 1500 4 DOOR WAGON (CREAM)

VIN/Serial #:    1GKFC032X9R202548         Odometer: 102810

Printed Date:    11/16/16 02:46 PM          Auctioneer: AA      Clerk: HM

Announcements: PRESALE CERTIFIED

Light:            RIDE & DRIVE              Title: 28695342553006618/TX      Inventory #: 11898

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503<br>309-793-5925     LICENSE #: | #5643 - ABSOLUTE AUTO SALES INC<br>345 HWY 2 NE<br>CORINTH, MS 38834 |

Bid Price:        $15,800.00

Seller Fee:         $315.00

Car Chgs.:         $167.86

Misc. Fees:          $0.00

**Total Due**     _____
**To Seller:    $15,317.14**   Check #:    34056

### ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or
imprisonment.

I,   DEALERS CREDIT EXPRESS                              state that the odometer of the vehicle described below now
reads    102810       (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,
unless one of the following statements is checked.

_____   1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.

_____   2) I hereby certify that the odometer reading is NOT the actual mileage.   **WARNING - ODOMETER DISCREPANCY**

**VEHICLE INFORMATION**
VIN/Serial #:   1GKFC032X9R202548
Vehicle:        2009 GMC YUKON 1500 4 DOOR WAGON (CREAM)

**SELLER INFORMATION**
#5261 - DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

**BUYER INFORMATION**
#5643 - ABSOLUTE AUTO SALES INC
345 HWY 2 NE
CORINTH, MS 38834

_____
SELLER'S SIGNATURE

_____
PRINTED NAME OF PERSON SIGNING

_____
BUYER'S SIGNATURE

JOHN JUSTIN SUMLER
_____
PRINTED NAME OF PERSON SIGNING

### * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

**Sale Date** 11/16/16   A9         **Issued** 11/29/16   **Payee** DEALERS CREDIT EXPRESS

**BOS #**   11952                              1GKFC032X9R202548                          Miles: 102810

2009 GMC YUKON 1500 (CREAM)                            **Auction Price**                **$15,800.00**

| | | |
|---|---|---|
| **Title** | 28695342553006618 / TX | SALES FEE $315.00 |
| | | MARKETING / PROMO $17.86 |
| **Buyer** | ABSOLUTE AUTO SALES INC | PRE SALE INSPECTION $65.00 |
| **Address** | 345 HWY 2 NE | FULL DETAIL $85.00 |
| | CORINTH, MS 38834 | |
| **License #** | 27350084500 | |

5336

| | |
|---|---|
| | **Total Deductions** $482.86 |
| Check Number  34056 | |
| | **Net Check** **$15,317.14** |

A ALLIANCE
AUTO AUCTION · DALLAS

9426 LAKEFIELD BLVD
DALLAS, TX 75220
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

Check Number   **34056**

Check Date   **11/29/16**

Pay
to the
Order of   **DEALERS CREDIT EXPRESS**

**Fifteen Thousand Three Hundred seventeen and 14/100**************************          **$15,317.14**

MEMO: BOS # 11952  2009 GMC  1GKFC032X9R202548

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

K. Chawra
Authorized Signature

⑈34056⑈ ⑆111901519⑆ 311000 7675⑈



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE - 469-828-8225 FAX**

## "Join the Alliance"

BILL OF SALE

**ate of Sale:** 11/16/16 01:56 PM   **Bill of Sale #:** 11956   **Car #: A10**

ehicle:   2011 FORD F-150 4 DOOR CAB; STYLESIDE; SUPER C (WHITE)

IN/Serial #:   1FTFW1ET7BFB61592   Odometer: 110327

rinted Date:   11/18/16 10:02 AM   Auctioneer: AA   Clerk: HM

nnouncements: PRE SALE CERTIFIED/HAIL

ght:   R&D W/CONDITIONS   Title: 15230641846085032/TX   Inventory #: 11899

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| 5261 - DEALERS CREDIT EXPRESS | #5483 - PERKINS MOTOR PLEX |
| 545 N. STATE LINE | 30 KEYSTONE DRIVE, P.O. B |
| EXARKANA, TX 75503 | MAYFIELD, KY 42066 |
| 09-793-5925   LICENSE #: | |
| d Price:   $18,800.00 | |
| eller Fee:   $345.00 | |
| ar Chgs.:   $167.86 | |
| isc. Fees:   $0.00 | |
| **otal Due** ——— | |
| **o Seller:   $18,287.14**   Check #:  34065 | |

## ODOMETER DISCLOSURE STATEMENT

ederal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or
prisonment.

__DEALERS CREDIT EXPRESS_____   state that the odometer of the vehicle described below now
ads  __110327__   (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,
nless one of the following statements is checked.

___   1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.
___   2) I hereby certify that the odometer reading is NOT the actual mileage.   **WARNING - ODOMETER DISCREPANCY**

**EHICLE INFORMATION**
IN/Serial #:   1FTFW1ET7BFB61592
ehicle:   2011 FORD F-150 4 DOOR CAB; STYLESIDE; SUPER C (WHITE)

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| 5261 - DEALERS CREDIT EXPRESS | #5483 - PERKINS MOTOR PLEX |
| 545 N. STATE LINE | 30 KEYSTONE DRIVE, P.O. B |
| EXARKANA, TX 75503 | MAYFIELD, KY 42066 |

SELLER'S SIGNATURE                          BUYER'S SIGNATURE

                                            JAMES WESLEY TODD

PRINTED NAME OF PERSON SIGNING              PRINTED NAME OF PERSON SIGNING

### * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

Sale Date  11/16/16   A10          Issued 11/29/16   Payee  DEALERS CREDIT EXPRESS
BOS #   11956
                                   1FTFW1ET7BFB61592
                                                                        Miles: 110327
2011 FORD F-150 (WHITE)                   Auction Price              **$18,800.00**

| Title | 15230641846085032 / TX | SALES FEE | $345.00 |
|---|---|---|---|
| | | MARKETING / PROMO | $17.86 |
| Buyer | PERKINS MOTOR PLEX | PRE SALE INSPECTION | $65.00 |
| Address | 30 KEYSTONE DRIVE, P.O. B | FULL DETAIL | $85.00 |
| | MAYFIELD, KY 42066 | | |
| License # | 118516042 | | |

3450

Total Deductions                          $512.86

Check Number  34065              **Net Check**                    **$18,287.14**

---

**A | ALLIANCE**
AUTO AUCTION · DALLAS

**9426 LAKEFIELD BLVD
DALLAS, TX 75220
214-646-3136**

AMERICAN NATIONAL BANK OF TEXAS          Check Number          **34065**
102 W MOORE AVE
TERRELL, TX 75160-3129

Check Date          **11/29/16**

Pay
to the
Order of   **DEALERS CREDIT EXPRESS**

**Eighteen Thousand Two Hundred eighty seven and 14/100**********************          **$18,287.14**

MEMO:  BOS # 11956   2011 FORD   1FTFW1ET7BFB61592

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

K. Chavira
Authorized Signature

⑈"34065"⑈  ⑈:111901519:⑈  311007675"⑈

Security features included. Details on back



## ALLIANCE AUTO AUCTION - DALLAS
### 9426 LAKEFIELD BLVD DALLAS, TX 75220
### 214-646-3136 OFFICE  -  469-828-8225 FAX

## "Join the Alliance"

### BILL OF SALE

**Date of Sale:** **11/16/16 01:57 PM**      **Bill of Sale #:** **11958**      **Car #: A11**

Vehicle:        2011 CHEVROLET AVALANCHE 4 DOOR CAB; CREW (BLACK)
VIN/Serial #:    3GNTKGE39BG347593        Odometer: 75798
Printed Date:    11/18/16 09:47 AM        Auctioneer: AA      Clerk: HM
Announcements: PRE SALE CERTIFIED
Light:          RIDE & DRIVE            Title: 22025542171103102/TX        Inventory #: 11900

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| 5261 - DEALERS CREDIT EXPRESS<br>545 N. STATE LINE<br>TEXARKANA, TX 75503<br>09-793-5925    LICENSE #: | #208 - STADIUM AUTO INC<br>624 N WATSON RD<br>ARLINGTON, TX 76011 |

Bid Price:        $23,600.00
Seller Fee:         $365.00
Car Chgs.:         $167.86
Misc. Fees:          $0.00
                 _____
**Total Due**
**To Seller:      $23,067.14**    Check #:     34064

### ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or
imprisonment.

__DEALERS CREDIT EXPRESS__                          state that the odometer of the vehicle described below now
reads   __75798__    (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,
unless one of the following statements is checked.

____ 1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.

____ 2) I hereby certify that the odometer reading is NOT the actual mileage.   **WARNING - ODOMETER DISCREPANCY**

### VEHICLE INFORMATION
VIN/Serial #:    3GNTKGE39BG347593
Vehicle:        2011 CHEVROLET AVALANCHE 4 DOOR CAB; CREW (BLACK)

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>3545 N. STATE LINE<br>TEXARKANA, TX 75503 | #208 - STADIUM AUTO INC<br>624 N WATSON RD<br>ARLINGTON, TX 76011 |

_____        _____
SELLER'S SIGNATURE             BUYER'S SIGNATURE

_____        KRISTOPHER SHANE WRIGHT
PRINTED NAME OF PERSON SIGNING  PRINTED NAME OF PERSON SIGNING

### * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

| Sale Date | 11/16/16 | A11 | Issued 11/29/16 | Payee | DEALERS CREDIT EXPRESS |
|---|---|---|---|---|---|

BOS #    11958                                                                3GNTKGE39BG347593                              Miles: 75798

2011 CHEVROLET AVALANCHE (BLACK)                    **Auction Price**                    **$23,600.00**

| Title | 22025542171103102 / TX | SALES FEE | $365.00 |
|---|---|---|---|

MARKETING / PROMO        $17.86
| Buyer Address | STADIUM AUTO INC | PRE SALE INSPECTION | $65.00 |
|---|---|---|---|

624 N WATSON RD                    FULL DETAIL                    $85.00
ARLINGTON, TX 76011

License #    P6776

5394

Total Deductions                    $532.86

Check Number   34064                    **Net Check**                    **$23,067.14**

A ALLIANCE
AUTO AUCTION · DALLAS

9426 LAKEFIELD BLVD
DALLAS, TX 75220
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

Check Number        **34064**

Check Date        **11/29/16**

Pay
to the
Order of    **DEALERS CREDIT EXPRESS**

Twenty-three Thousand sixty seven and 14/100**********************************        **$23,067.14**

MEMO:  BOS # 11958   2011 CHEVROLET   3GNTKGE39BG347593

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

K. Chawra
Authorized Signature

⑈34064⑈ ⑆111901519⑆ 311007675⑈



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE  -  469-828-8225 FAX**

# "Join the Alliance"

BILL OF SALE

**Date of Sale:  11/30/16 01:48 PM**         **Bill of Sale #:  12345**         **Car #: A2**

Vehicle:         2011 CHEVROLET SILVERADO 2500HD 4 DOOR CAB; CREW (BLUE)

VIN/Serial #:   1GC1KXE82BF189059         Odometer: 83028

Printed Date:   12/01/16 11:08 AM         Auctioneer: AA      Clerk: HM

Announcements: ///BAD TURBO--NO ARB

Light:          AS IS, NO ARB            Title: 28695342515008063/TX      Inventory #: 11901

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS | #5636 - NO LIMIT MOTORSPORTS, LLC |
| 4545 N. STATE LINE | 7900 RODEO TRL, STE 100 |
| TEXARKANA, TX 75503 | MANSFIELD, TX 76063 |
| 309-793-5925      LICENSE #: | |

| | |
|---|---|
| Bid Price: | $26,800.00 |
| Seller Fee: | $385.00 |
| Car Chgs.: | $150.00 |
| Misc. Fees: | $0.00 |
| **Total Due** | ——————— |
| **To Seller:** | **$26,265.00**   Check #:   34254 |

## ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or
imprisonment.

I,   DEALERS CREDIT EXPRESS                                  state that the odometer of the vehicle described below now

reads    83028    (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,
unless one of the following statements is checked.

_____  1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.

_____  2) I hereby certify that the odometer reading is NOT the actual mileage.   **WARNING - ODOMETER DISCREPANCY**

**VEHICLE INFORMATION**
VIN/Serial #:   1GC1KXE82BF189059
Vehicle:        2011 CHEVROLET SILVERADO 2500HD 4 DOOR CAB; CREW (BLUE)

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS | #5636 - NO LIMIT MOTORSPORTS, LLC |
| 4545 N. STATE LINE | 7900 RODEO TRL, STE 100 |
| TEXARKANA, TX 75503 | MANSFIELD, TX 76063 |

| | |
|---|---|
| _____ | _____ |
| SELLER'S SIGNATURE | BUYER'S SIGNATURE |
| | CARMINE JOSEPH BIANCO |
| _____ | _____ |
| PRINTED NAME OF PERSON SIGNING | PRINTED NAME OF PERSON SIGNING |

## * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

| Sale Date | 11/30/16   AZ | Issued 12/06/16   Payee DEALERS CREDIT EXPRESS | |
|---|---|---|---|
| BOS # | 12345 | 1GC1KXE82BF189059 | Miles: 83028 |
| 2011 CHEVROLET SILVERADO 2500HD (BLUE) | | **Auction Price** | **$26,800.00** |

| Title | 28695342515008063 / TX | SALES FEE | $385.00 |
|---|---|---|---|
| | | PRE SALE INSPECTION | $65.00 |
| Buyer | NO LIMIT MOTORSPORTS, LLC | FULL DETAIL | $85.00 |
| Address | 7900 RODEO TRL, STE 100 | | |
| | MANSFIELD, TX 76063 | | |
| License # | P130102 | | |

5227

| | Total Deductions | $535.00 |
|---|---|---|
| Check Number  34254 | **Net Check** | **$26,265.00** |

---

# AA | ALLIANCE
AUTO AUCTION · DALLAS

**9426 LAKEFIELD BLVD**
**DALLAS, TX 75220**
**214-646-3136**

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

Check Number        **34254**

Check Date        **12/06/16**

Pay
to the
Order of        **DEALERS CREDIT EXPRESS**

Twenty-six Thousand Two Hundred sixty five and 00/100***********************        **$26,265.00**

MEMO:  BOS # 12345   2011 CHEVROLET   1GC1KXE82BF189059

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

K. Chavira
Authorized Signature

⑈34254⑈ ⑆111901519⑆ 3110007675⑈



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE  -  469-828-8225 FAX**

## "Join the Alliance"

BILL OF SALE

**Date of Sale:  11/30/16 01:49 PM        Bill of Sale #:  12349        Car #:  A3**

Vehicle:        2012 FORD EXPEDITION EL 4 DOOR WAGON (BLACK)

VIN/Serial #:   1FMJK1J51CEF59364        Odometer: 114417

Printed Date:   12/08/16 02:16 PM        Auctioneer: AA      Clerk: HM

Announcements: PRESALE CERTIFIED

Light:          RIDE & DRIVE          Title: 16402120000100/IN        Inventory #: 11902

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503<br>309-793-5925    LICENSE #: | #5345 - CAR HUNTERS LLC<br>12695 LEBANON ROAD<br>MOUNT JULIET, TN 37122 |

| | |
|---|---|
| Bid Price: | $18,400.00 |
| Seller Fee: | $345.00 |
| Car Chgs.: | $150.00 |
| Misc. Fees: | $0.00 |
| **Total Due** | ———— |
| **To Seller:** | **$17,905.00**   Check #: _34394_ |

### ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or
imprisonment.

I,  _DEALERS CREDIT EXPRESS_                         state that the odometer of the vehicle described below now

reads  _114417_  (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,

unless one of the following statements is checked.

_____  1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.

_____  2) I hereby certify that the odometer reading is NOT the actual mileage.    **WARNING - ODOMETER DISCREPANCY**

**VEHICLE INFORMATION**

VIN/Serial #:   1FMJK1J51CEF59364

Vehicle:        2012 FORD EXPEDITION EL 4 DOOR WAGON (BLACK)

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503 | #5345 - CAR HUNTERS LLC<br>12695 LEBANON ROAD<br>MOUNT JULIET, TN 37122 |

_____          _____

SELLER'S SIGNATURE                        BUYER'S SIGNATURE

                                          MICHAEL RAY WILLIS

_____          _____

PRINTED NAME OF PERSON SIGNING            PRINTED NAME OF PERSON SIGNING

## * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

**Sale Date**  11/30/16   A3          **Issued** 12/08/16   **Payee** DEALERS CREDIT EXPRESS

**BOS #**   12349                     1FMJK1J51CEF59364                         Miles: 114417

| 2012 FORD EXPEDITION EL (BLACK) | **Auction Price** | **$18,400.00** |
|---|---|---|

**Title**   16402120000100 / IN

**Buyer**   CAR HUNTERS LLC
**Address**  12695 LEBANON ROAD
             MOUNT JULIET, TN 37122
**License #**  18396

| | SALES FEE | $345.00 |
|---|---|---|
| | PRE SALE INSPECTION | $65.00 |
| | FULL DETAIL | $85.00 |

5296

| | Total Deductions | $495.00 |
|---|---|---|
| Check Number  34394 | **Net Check** | **$17,905.00** |

---

**ALLIANCE**
AUTO AUCTION · DALLAS

9426 LAKEFIELD BLVD
DALLAS, TX 75220
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

Check Number   **34394**

Check Date   **12/08/16**

Pay
to the
Order of   **DEALERS CREDIT EXPRESS**

Seventeen Thousand Nine Hundred five and 00/100********************************   | **$17,905.00** |

MEMO:  BOS # 12349   2012 FORD   1FMJK1J51CEF59364

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

K. Chawra
Authorized Signature

5296

⑈"34394"⑈ ⑈:111901519⑈: 311000?6?5"⑈



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE - 469-828-8225 FAX**

## "Join the Alliance"

BILL OF SALE

**Date of Sale: 11/16/16 05:34 PM**      **Bill of Sale #: 12153**      **Car #: A14**

| | |
|---|---|
| Vehicle: | 2007 FORD F-150 4 DOOR CAB; STYLESIDE; SUPER C (RED) |
| VIN/Serial #: | 1FTPW14V67KD23184      Odometer: 94987 |
| Printed Date: | 11/17/16 03:20 PM      Auctioneer:      Clerk: |
| Announcements: | PRESALE CERTIFIED |
| Light: | RIDE & DRIVE      Title: 17710041652111644/TX      Inventory #: 11906 |

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S TERMS AND CONDITIONS. AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

### SELLER INFORMATION

#5261 - DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503
309-793-5925      LICENSE #:

| | |
|---|---|
| Bid Price: | $14,200.00 |
| Seller Fee: | $305.00 |
| Car Chgs.: | $167.82 |
| Misc. Fees: | $0.00 |
| **Total Due To Seller:** | **$13,727.18** |

Check #: _34063_

### BUYER INFORMATION

#5345 - CAR HUNTERS LLC
12695 LEBANON ROAD
MOUNT JULIET, TN 37122

### ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines or imprisonment.

I, ___DEALERS CREDIT EXPRESS___ state that the odometer of the vehicle described below now reads __94987__ (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

_____ 1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.

_____ 2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING - ODOMETER DISCREPANCY**

**VEHICLE INFORMATION**
VIN/Serial #:   1FTPW14V67KD23184
Vehicle:   2007 FORD F-150 4 DOOR CAB; STYLESIDE; SUPER C (RED)

**SELLER INFORMATION**
#5261 - DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

**BUYER INFORMATION**
#5345 - CAR HUNTERS LLC
12695 LEBANON ROAD
MOUNT JULIET, TN 37122

_____
SELLER'S SIGNATURE

_____
PRINTED NAME OF PERSON SIGNING

_____
BUYER'S SIGNATURE

MICHAEL RAY WILLIS
_____
PRINTED NAME OF PERSON SIGNING

### * SELLER COPY *

Mission Statement: To establish a personal relationship with each one of our customers, make the auction process simple, have fun and partner in profit.

Sale Date  11/16/16   A14          Issued 11/29/16   Payee  DEALERS CREDIT EXPRESS

BOS #   12153                       1FTPW14V67KD23184

2007 FORD F-150 (RED)                                            Miles: 94987

Auction Price                                                   $14,200.00

| Title | 17710041652111644 / TX | SALES FEE | $305.00 |
|---|---|---|---|
| | | MARKETING / PROMO | $17.82 |
| Buyer | CAR HUNTERS LLC | PRE SALE INSPECTION | $65.00 |
| Address | 12695 LEBANON ROAD | FULL DETAIL | $85.00 |
| | MOUNT JULIET, TN 37122 | | |
| License # | 18396 | | |



| | | |
|---|---|---|
| | Total Deductions | $472.82 |
| Check Number  34063 | **Net Check** | **$13,727.18** |

9426 LAKEFIELD BLVD
DALLAS, TX 75220
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

Check Number        **34063**

Check Date         **11/29/16**

Pay
to the
Order of   **DEALERS CREDIT EXPRESS**

**Thirteen Thousand Seven Hundred twenty seven and 18/100*******************      |  $13,727.18

MEMO: BOS # 12153   2007 FORD   1FTPW14V67KD23184

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

K. Chawra
Authorized Signature

⑈34063⑈ ⑆111901519⑆ 31100076 75⑈



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE  -  469-828-8225 FAX**

## "Join the Alliance"

BILL OF SALE

| | | | |
|---|---|---|---|
| **Date of Sale:** | **11/30/16 01:47 PM** | **Bill of Sale #: 12342** | **Car #: A1** |

Vehicle:         2012 FORD F-150 LARIAT 4 DOOR CAB; STYLESIDE; SUPER C (GRAY)

VIN/Serial #:    1FTFW1ET1CFA22138        Odometer: 104025

Printed Date:    12/09/16 12:28 PM        Auctioneer: AA        Clerk: HM

Announcements: PRESALE CERTIFIED

Light:           RIDE & DRIVE        Title: 1091004172715 2400/TX        Inventory #: 11979

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS | #2559 - NORTH TEXAS AUTO SALES, LLC |
| 4545 N. STATE LINE | 615 S 4TH AVE |
| TEXARKANA, TX 75503 | MANSFIELD, TX 76063 |
| 309-793-5925       LICENSE #: | |

| | |
|---|---|
| Bid Price: | $21,600.00 |
| Seller Fee: | $355.00 |
| Car Chgs.: | $150.00 |
| Misc. Fees: | $0.00 |
| **Total Due To Seller:** | **$21,095.00**   Check #:   34476 |

## ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or imprisonment.

I,   DEALERS CREDIT EXPRESS                                          state that the odometer of the vehicle described below now reads   104025   (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

_____   1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.

_____   2) I hereby certify that the odometer reading is NOT the actual mileage.   **WARNING - ODOMETER DISCREPANCY**

**VEHICLE INFORMATION**

VIN/Serial #:   1FTFW1ET1CFA22138

Vehicle:        2012 FORD F-150 LARIAT 4 DOOR CAB; STYLESIDE; SUPER C (GRAY)

| **SELLER INFORMATION** | **BUYER INFORMATION** |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS | #2559 - NORTH TEXAS AUTO SALES, LLC |
| 4545 N. STATE LINE | 615 S 4TH AVE |
| TEXARKANA, TX 75503 | MANSFIELD, TX 76063 |

| | |
|---|---|
| _____ | _____ |
| SELLER'S SIGNATURE | BUYER'S SIGNATURE |
| | CHAD MARTIN HOLLINGSWORTH |
| _____ | _____ |
| PRINTED NAME OF PERSON SIGNING | PRINTED NAME OF PERSON SIGNING |

## * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers, make the auction process simple, have fun and partner in profit.

| | | | |
|---|---|---|---|
| **Sale Date** 11/30/16    A1 | | **Issued** 12/13/16    **Payee** DEALERS CREDIT EXPRESS | |
| **BOS #**    12342 | | 1FTFW1ET1CFA22138 | Miles: 104025 |
| 2012 FORD F-150 LARIAT (GRAY) | | **Auction Price** | **$21,600.00** |

| | | |
|---|---|---|
| **Title** | 10910041727152400 / TX | **SALES FEE**    $355.00 |
| | | PRE SALE INSPECTION    $65.00 |
| **Buyer** | NORTH TEXAS AUTO SALES, LLC | FULL DETAIL    $85.00 |
| **Address** | 615 S 4TH AVE | |
| | MANSFIELD, TX 76063 | |
| **License #** | P103941W | |

*5446 James Maverick*

| | |
|---|---|
| Total Deductions | $505.00 |
| Check Number  34476    **Net Check** | **$21,095.00** |

---

**ALLIANCE**
AUTO AUCTION · DALLAS

**9426 LAKEFIELD BLVD**
**DALLAS, TX 75220**
**214-646-3136**

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

Check Number    **34476**

Check Date    **12/13/16**

Pay
to the
Order of    **DEALERS CREDIT EXPRESS**

**Twenty-one Thousand ninety five and 00/100**************************************** | **$21,095.00**

MEMO: BOS # 12342  2012 FORD  1FTFW1ET1CFA22138

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

*K. Chaura*
Authorized Signature

⑈34476⑈ ⑆111901519⑆ 311007675⑈