

**EXHIBIT M**

AUTO AUCTION - DALLAS

**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE  -  469-828-8225 FAX**

## "Join the Alliance"

### BILL OF SALE

| | | |
|---|---|---|
| **ate of Sale:** 11/16/16 01:47 PM | **Bill of Sale #:** 11931 | **Car #:** A1 |

**ehicle:** 2015 FORD F-150 4 DOOR CAB; STYLESIDE; SUPER C (BLACK)

**IN/Serial #:** 1FTEW1EF7FKD08111          Odometer: 9981

**rinted Date:** 11/18/16 11:39 AM          Auctioneer: AA     Clerk: HM

**nnouncements:** PRE SALE CERTIFIED ALTERED SUSPENSION

**ght:** R&D W/CONDITIONS          Title: 22042942262134301/TX          Inventory #: 11874

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| **SELLER INFORMATION** | **BUYER INFORMATION** |
|---|---|
| 5261 - DEALERS CREDIT EXPRESS<br>545 N. STATE LINE<br>EXARKANA, TX 75503<br>09-793-5925     LICENSE #: | #2995 - COTRONEO AUTO GROUP<br>16050 MIDWAY RD<br>ADDISON, TX 75001 |

| | |
|---|---|
| id Price: | $43,500.00 |
| eller Fee: | $555.00 |
| ar Chgs.: | $167.86 |
| lisc. Fees: | $0.00 |
| **otal Due<br>o Seller:** | **$42,777.14**   Check #:   34393 |

### ODOMETER DISCLOSURE STATEMENT

ederal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or
nprisonment.

___DEALERS CREDIT EXPRESS_____ state that the odometer of the vehicle described below now

eads ___9981____ (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,
nless one of the following statements is checked.

____ 1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.

____ 2) I hereby certify that the odometer reading is NOT the actual mileage.   **WARNING - ODOMETER DISCREPANCY**

**/EHICLE INFORMATION**

/IN/Serial #:    1FTEW1EF7FKD08111

/ehicle:    2015 FORD F-150 4 DOOR CAB; STYLESIDE; SUPER C (BLACK)

| **SELLER INFORMATION** | **BUYER INFORMATION** |
|---|---|
| 5261 - DEALERS CREDIT EXPRESS<br>545 N. STATE LINE<br>EXARKANA, TX 75503 | #2995 - COTRONEO AUTO GROUP<br>16050 MIDWAY RD<br>ADDISON, TX 75001 |

| | |
|---|---|
| _____<br>SELLER'S SIGNATURE | _____<br>BUYER'S SIGNATURE |
| _____<br>PRINTED NAME OF PERSON SIGNING | KENNETH WILEY COTRONEO<br>_____<br>PRINTED NAME OF PERSON SIGNING |

### * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

| Sale Date | 11/16/16 | A1 | Issued 12/08/16 | **Payee** DEALERS CREDIT EXPRESS |
|---|---|---|---|---|
| BOS # | 11931 | | | 1FTEW1EF7FKD08111 | Miles: 9981 |

| 2015 FORD F-150 (BLACK) | | **Auction Price** | **$43,500.00** |
|---|---|---|---|

| Title | 22042942262134301 / TX | SALES FEE | $555.00 |
|---|---|---|---|
| | | MARKETING / PROMO | $17.86 |
| Buyer | COTRONEO AUTO GROUP | PRE SALE INSPECTION | $65.00 |
| Address | 16050 MIDWAY RD | FULL DETAIL | $85.00 |
| | ADDISON, TX 75001 | | |
| License # | P109322 | | |

*5264*

| | Total Deductions | $722.86 |
|---|---|---|
| Check Number 34393 | **Net Check** | **$42,777.14** |

---

| ALLIANCE AUTO AUCTION · DALLAS | AMERICAN NATIONAL BANK OF TEXAS | Check Number | **34393** |
|---|---|---|---|
| 1426 LAKEFIELD BLVD | 102 W MOORE AVE | | |
| DALLAS, TX 75220 | TERRELL, TX 75160-3129 | | |
| 214-646-3136 | | Check Date | **12/08/16** |

Pay to the Order of   **DEALERS CREDIT EXPRESS**

| **Forty-two Thousand Seven Hundred seventy seven and 14/100**************** | **$42,777.14** |
|---|---|

MEMO: BOS # 11931   2015 FORD   1FTEW1EF7FKD08111

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

K. Chavva

Authorized Signature

*5264*



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE  -  469-828-8225 FAX**

## "Join the Alliance"

BILL OF SALE

**Date of Sale:** 11/16/16 01:48 PM    **Bill of Sale #:** 11935    **Car #:** A3

Vehicle:         2013 GMC SIERRA 2500HD 4 DOOR CAB; CREW (GRAY)
VIN/Serial #:    1GT125E82DF179736    Odometer: 76864
Printed Date:    11/18/16 09:43 AM    Auctioneer: AA    Clerk: HM
Announcements: PRESALE CERTIFIED
Light:            RIDE & DRIVE    Title: 1691041731135757/TX    Inventory #: 11875

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503<br>309-793-5925     LICENSE #: | #3051 - TEXAS MOTORCARS LLC<br>16000 MIDWAY RD<br>ADDISON, TX 75001 |

| | |
|---|---|
| Bid Price: | $37,700.00 |
| Seller Fee: | $495.00 |
| Car Chgs.: | $167.86 |
| Misc. Fees: | $0.00 |
| **Total Due**<br>**To Seller:** | **$37,037.14**    Check #: ___34053___ |

*(handwritten: P10 3774 / 5 dr / sold)*

### ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or imprisonment.

I, __DEALERS CREDIT EXPRESS_____ state that the odometer of the vehicle described below now

reads ____76864_____ (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

_____ 1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.

_____ 2) I hereby certify that the odometer reading is NOT the actual mileage.    **WARNING - ODOMETER DISCREPANCY**

VEHICLE INFORMATION
VIN/Serial #:    1GT125E82DF179736
Vehicle:         2013 GMC SIERRA 2500HD 4 DOOR CAB; CREW (GRAY)

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503 | #3051 - TEXAS MOTORCARS LLC<br>16000 MIDWAY RD<br>ADDISON, TX 75001 |

_____        _____
SELLER'S SIGNATURE                       BUYER'S SIGNATURE

                                         JEREMY PAUL BLOUNT
_____        _____
PRINTED NAME OF PERSON SIGNING           PRINTED NAME OF PERSON SIGNING

### * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

| | | | |
|---|---|---|---|
| Sale Date  11/16/16    A3 | | Issued 11/29/16   Payee  DEALERS CREDIT EXPRESS | |
| BOS #    11935 | | 1GT125E82DF179736 | Miles: 76864 |
| 2013 GMC SIERRA 2500HD (GRAY) | | Auction Price | $37,700.00 |

| | | | |
|---|---|---|---|
| Title | 16910041731135757 / TX | SALES FEE | $495.00 |
| Buyer | TEXAS MOTORCARS LLC | MARKETING / PROMO | $17.86 |
| Address | 16000 MIDWAY RD | PRE SALE INSPECTION | $65.00 |
| | ADDISON, TX 75001 | FULL DETAIL | $85.00 |
| License # | P109920 | | |

5242

| | |
|---|---|
| Total Deductions | $662.86 |
| Check Number  34053 | |
| Net Check | $37,037.14 |

ADESA AUTO AUCTION · DALLAS

9426 LAKEFIELD BLVD
DALLAS, TX 75220
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

Check Number    **34053**

Check Date    **11/29/16**

Pay to the Order of   **DEALERS CREDIT EXPRESS**

**Thirty-seven Thousand thirty seven and 14/100*************************************

$37,037.14

MEMO: BOS # 11935  2013 GMC  1GT125E82DF179736

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

K. Chaura

Authorized Signature


AUTO AUCTION - DALLAS

**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE  -  469-828-8225 FAX**

## "Join the Alliance"

BILL OF SALE

**Date of Sale:  11/16/16 01:49 PM**      **Bill of Sale #:  11936**      **Car #:  A4**

Vehicle:        2008 CHEVROLET SUBURBAN 1500 4 DOOR WAGON (BLACK)
VIN/Serial #:   3GNFC16008G148579      Odometer: 118140
Printed Date:   11/16/16 03:19 PM      Auctioneer: AA      Clerk: HM
Announcements: PRE SALE CERTIFIED
Light:          RIDE & DRIVE            Title: 28695342563007016/TX      Inventory #: 11876

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| 5261 - DEALERS CREDIT EXPRESS | #3860 - ZT AUTO SALES |
| 2545 N. STATE LINE | 117 MAIN ST |
| TEXARKANA, TX 75503 | GARLAND, TX 75040 |
| 909-793-5925      LICENSE #: | |

Bid Price:        $12,000.00
Seller Fee:          $295.00
Car Chgs.:           $167.86
Misc. Fees:            $0.00
**Total Due**
**To Seller:    $11,537.14**   Check #:   34068

## ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or
imprisonment.

    DEALERS CREDIT EXPRESS                          state that the odometer of the vehicle described below now
reads    118140    (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,
unless one of the following statements is checked.

_____ 1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.
_____ 2) I hereby certify that the odometer reading is NOT the actual mileage.   **WARNING - ODOMETER DISCREPANCY**

## VEHICLE INFORMATION
VIN/Serial #:   3GNFC16008G148579
Vehicle:        2008 CHEVROLET SUBURBAN 1500 4 DOOR WAGON (BLACK)

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS | #3860 - ZT AUTO SALES |
| 2545 N. STATE LINE | 117 MAIN ST |
| TEXARKANA, TX 75503 | GARLAND, TX 75040 |

_____        _____
SELLER'S SIGNATURE                      BUYER'S SIGNATURE
                                        TAYYAB ZIA
_____        _____
PRINTED NAME OF PERSON SIGNING          PRINTED NAME OF PERSON SIGNING

### * SELLER COPY *

**Mission Statement:**  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

| | | | |
|---|---|---|---|
| Sale Date | 11/16/16   A4 | Issued 11/29/16   Payee | DEALERS CREDIT EXPRESS |
| BOS # | 11936 | | 3GNFC16008G148579 |

2008 CHEVROLET SUBURBAN 1500 (BLACK)                                    Miles: 118140

**Auction Price**                                                        **$12,000.00**

| | | |
|---|---|---|
| Title | 28695342563007016 / TX | |
| | | SALES FEE | $295.00 |
| Buyer | ZT AUTO SALES | MARKETING / PROMO | $17.86 |
| Address | 117 MAIN ST | PRE SALE INSPECTION | $65.00 |
| | GARLAND, TX 75040 | FULL DETAIL | $85.00 |
| License # | P124802 | |

7504

Total Deductions                    $462.86

Check Number  34068

**Net Check**                        **$11,537.14**

**ALLIANCE** AUTO AUCTION · DALLAS
9426 LAKEFIELD BLVD
DALLAS, TX 75220
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

Check Number        **34068**

Check Date        **11/29/16**

Pay to the Order of  **DEALERS CREDIT EXPRESS**

**Eleven Thousand Five Hundred thirty seven and 14/100**************************        **$11,537.14**

MEMO: BOS # 11936   2008 CHEVROLET   3GNFC16008G148579

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

K. Chaura
Authorized Signature



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE - 469-828-8225 FAX**

## "Join the Alliance"

BILL OF SALE

**Date of Sale:** **11/16/16 01:52 PM**      **Bill of Sale #:** **11946**      **Car #: A5**

| | |
|---|---|
| Vehicle: | 2013 CHEVROLET TAHOE LTZ 4 DOOR WAGON (WHITE) |
| VIN/Serial #: | 1GNSCCE0XDR160275      Odometer: 93533 |
| Printed Date: | 11/17/16 04:20 PM      Auctioneer: AA      Clerk: HM |
| Announcements: | PRESALE CERTIFIED |
| Light: | RIDE & DRIVE      Title: 24632541203093920/TX      Inventory #: 11878 |

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503<br>309-793-5925      LICENSE #: | #437 - R L SAWYER INC<br>8130 WEST 70TH STREET<br>GREENWOOD, LA 71033 |

| | |
|---|---|
| Bid Price: | $25,800.00 |
| Seller Fee: | $375.00 |
| Car Chgs.: | $167.86 |
| Misc. Fees: | $0.00 |
| **Total Due**<br>**To Seller:** | **$25,257.14**      Check #:   34066 |

### ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines or imprisonment.

I,   DEALERS CREDIT EXPRESS                                                        state that the odometer of the vehicle described below now
reads     93533       (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,
unless one of the following statements is checked.

_____ 1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.

_____ 2) I hereby certify that the odometer reading is NOT the actual mileage.    **WARNING - ODOMETER DISCREPANCY**

**VEHICLE INFORMATION**
VIN/Serial #:    1GNSCCE0XDR160275
Vehicle:        2013 CHEVROLET TAHOE LTZ 4 DOOR WAGON (WHITE)

| **SELLER INFORMATION** | **BUYER INFORMATION** |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503 | #437 - R L SAWYER INC<br>8130 WEST 70TH STREET<br>GREENWOOD, LA 71033 |

| | |
|---|---|
| SELLER'S SIGNATURE | BUYER'S SIGNATURE |
| | RONALD LEROY SAWYER |
| PRINTED NAME OF PERSON SIGNING | PRINTED NAME OF PERSON SIGNING |

### * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

Sale Date  11/16/16   A5    Issued 11/29/16   Payee  DEALERS CREDIT EXPRESS
BOS #   11946                                 1GNSCCE0XDR160275
2013 CHEVROLET TAHOE LTZ (WHITE)                                Miles: 93533
                                             **Auction Price**        **$25,800.00**

Title    24632541203093920 / TX             SALES FEE                    $375.00
                                             MARKETING / PROMO             $17.86
Buyer    R L SAWYER INC                      PRE SALE INSPECTION          $65.00
Address  8130 WEST 70TH STREET               FULL DETAIL                  $85.00
         GREENWOOD, LA 71033
License #   UD00100416SJF

5241

                                             Total Deductions            $542.86
Check Number  34066                          **Net Check**          **$25,257.14**

**A**  **ALLIANCE**                AMERICAN NATIONAL BANK OF TEXAS    Check Number        **34066**
       AUTO AUCTION - DALLAS       102 W MOORE AVE
9426 LAKEFIELD BLVD                TERRELL, TX 75160-3129
DALLAS, TX 75220
214-646-3136
                                                                    Check Date          **11/29/16**

Pay
to the
Order of   **DEALERS CREDIT EXPRESS**

**Twenty-five Thousand Two Hundred fifty seven and 14/100*********************          $25,257.14**
MEMO:  BOS # 11946   2013 CHEVROLET   1GNSCCE0XDR160275

        DEALERS CREDIT EXPRESS
        4545 N. STATE LINE
        TEXARKANA, TX 75503
                                             K. Chaura
                                             Authorized Signature



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE  -  469-828-8225 FAX**

## "Join the Alliance"

BILL OF SALE

**Date of Sale:** 11/16/16 01:51 PM     **Bill of Sale #:** 11940      **Car #: A6**

Vehicle:          2013 JEEP WRANGLER UNLIMITED 4 DOOR WAGON; OPEN BODY (BLACK)
VIN/Serial #:     1C4BJWEG3DL581609          Odometer: 83517
Printed Date:     11/17/16 02:12 PM          Auctioneer: AA     Clerk: HM
Announcements: PRESALE CERTIFIED
Light:            RIDE & DRIVE          Title: 22020641422094624/TX      Inventory #: 11879

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503<br>309-793-5925     LICENSE #: | #2031 - TEXAS VEHICLE EXCHANGE PARTNER<br>1724 LUNA RD<br>CARROLLTON, TX 75006 |

| | |
|---|---|
| Bid Price:          $24,500.00 | |
| Seller Fee:          $375.00 |  |
| Car Chgs.:          $167.86 | |
| Misc. Fees:            $0.00 | |
| **Total Due** | |
| **To Seller:       $23,957.14**   Check #:    34054 | |

### ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or
imprisonment.

I,   DEALERS CREDIT EXPRESS                              state that the odometer of the vehicle described below now
reads     83517     (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,
unless one of the following statements is checked.

_____   1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.
_____   2) I hereby certify that the odometer reading is NOT the actual mileage.   **WARNING - ODOMETER DISCREPANCY**

**VEHICLE INFORMATION**
VIN/Serial #:    1C4BJWEG3DL581609
Vehicle:         2013 JEEP WRANGLER UNLIMITED 4 DOOR WAGON; OPEN BODY (BLACK)

| **SELLER INFORMATION** | **BUYER INFORMATION** |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503 | #2031 - TEXAS VEHICLE EXCHANGE PARTNER<br>1724 LUNA RD<br>CARROLLTON, TX 75006 |

| | |
|---|---|
| _____<br>SELLER'S SIGNATURE | _____<br>BUYER'S SIGNATURE |
| | JW WRIGHT |
| _____<br>PRINTED NAME OF PERSON SIGNING | _____<br>PRINTED NAME OF PERSON SIGNING |

### * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

| Sale Date | 11/16/16 | A6 | Issued 11/29/16 | Payee DEALERS CREDIT EXPRESS |
|---|---|---|---|---|

BOS #   11940

1C4BJWEG3DL581609                                  Miles: 83517

2013 JEEP WRANGLER UNLIMITED (BLACK)

| | | Auction Price | **$24,500.00** |
|---|---|---|---|
| Title | 22020641422094624 / TX | | |
| | | SALES FEE | $375.00 |
| Buyer | TEXAS VEHICLE EXCHANGE PARTNER | MARKETING / PROMO | $17.86 |
| Address | 1724 LUNA RD | PRE SALE INSPECTION | $65.00 |
| | CARROLLTON, TX 75006 | FULL DETAIL | $85.00 |
| License # | P55191 | | |

_5228_

| | Total Deductions | $542.86 |
|---|---|---|
| Check Number  34054 | **Net Check** | **$23,957.14** |

ALLIANCE
AUTO AUCTION · DALLAS

9426 LAKEFIELD BLVD
**DALLAS, TX 75220**
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

| Check Number | 34054 |
|---|---|

| Check Date | **11/29/16** |
|---|---|

Pay
to the
Order of   **DEALERS CREDIT EXPRESS**

**Twenty-three Thousand Nine Hundred fifty seven and 14/100*****************

| | **$23,957.14** |
|---|---|

MEMO: BOS # 11940   2013 JEEP   1C4BJWEG3DL581609

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

K. Chawra
Authorized Signature



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE  -  469-828-8225 FAX**

## "Join the Alliance"

BILL OF SALE

**Date of Sale: 11/16/16 01:52 PM**      **Bill of Sale #: 11944**          **Car #: A7**

Vehicle:          2013 FORD F-150 4 DOOR CAB; SUPER CREW (BLACK)

VIN/Serial #:     1FTFW1R66DFE01304        Odometer: 45933

Printed Date:     11/18/16 12:47 PM        Auctioneer: AA      Clerk: HM

Announcements: PRE SALE CERTIFIED

Light:            RIDE & DRIVE          Title: 05726341576100850/TX      Inventory #: 11881

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS. AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503<br>309-793-5925     LICENSE #: | #2559 - NORTH TEXAS AUTO SALES, LLC<br>615 S 4TH AVE<br>MANSFIELD, TX 76063 |

| | |
|---|---|
| Bid Price: | $40,800.00 |
| Seller Fee: | $525.00 |
| Car Chgs.: | $147.86 |
| Misc. Fees: | $0.00 |
| **Total Due** | |
| **To Seller:** | **$40,127.14**   Check #:  34067 |

### ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines or
imprisonment.

I,  DEALERS CREDIT EXPRESS                             state that the odometer of the vehicle described below now
reads    45933       (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,
unless one of the following statements is checked.

_____  1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.

_____  2) I hereby certify that the odometer reading is NOT the actual mileage.    **WARNING - ODOMETER DISCREPANCY**

**VEHICLE INFORMATION**

VIN/Serial #:    1FTFW1R66DFE01304

Vehicle:    2013 FORD F-150 4 DOOR CAB; SUPER CREW (BLACK)

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503 | #2559 - NORTH TEXAS AUTO SALES, LLC<br>615 S 4TH AVE<br>MANSFIELD, TX 76063 |

| | |
|---|---|
| _____<br>SELLER'S SIGNATURE | _____<br>BUYER'S SIGNATURE |
| _____<br>PRINTED NAME OF PERSON SIGNING | CHAD MARTIN HOLLINGSWORTH<br>PRINTED NAME OF PERSON SIGNING |

### * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

| | | | |
|---|---|---|---|
| **Sale Date** 11/16/16   A7 | **Issued** 11/29/16   **Payee** DEALERS CREDIT EXPRESS | | |
| BOS # 11944 | 1FTFW1R66DFE01304 | | Miles: 45933 |
| 2013 FORD F-150 (BLACK) | | **Auction Price** | **$40,800.00** |

| | |
|---|---|
| **Title** 05726341576100850 / TX | |
| | SALES FEE $525.00 |
| **Buyer** NORTH TEXAS AUTO SALES, LLC | MARKETING / PROMO $17.86 |
| **Address** 615 S 4TH AVE | PRE SALE INSPECTION $65.00 |
| MANSFIELD, TX 76063 | FULL DETAIL $65.00 |
| **License #** P103941W | |

5449

| | |
|---|---|
| Total Deductions | $672.86 |
| Check Number 34067 | |
| **Net Check** | **$40,127.14** |

**A**[A]LLIANCE
AUTO AUCTION · DALLAS
9426 LAKEFIELD BLVD
DALLAS, TX 75220
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

Check Number   **34067**

Check Date   **11/29/16**

Pay
to the
Order of   **DEALERS CREDIT EXPRESS**

**Forty Thousand One Hundred twenty seven and 14/100*************************   |   $40,127.14**

MEMO: BOS # 11944  2013 FORD  1FTFW1R66DFE01304

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

*K. Chawra*
Authorized Signature



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE  -  469-828-8225 FAX**

BILL OF SALE

## "Join the Alliance"

| | | | |
|---|---|---|---|
| **Date of Sale:** | **11/16/16 01:54 PM** | **Bill of Sale #:** **11947** | **Car #:** **A8** |

Vehicle:        2008 GMC YUKON XL 1500 4 DOOR WAGON (BLACK)
VIN/Serial #:   1GKFK163X8J193733      Odometer: 81035
Printed Date:   11/17/16 04:20 PM        Auctioneer: AA      Clerk: HM
Announcements: PRESALE CERTIFIED/ALTERED FRAME
Light:          R&D W/CONDITIONS        Title: 22038841743105818/TX      Inventory #: 11897

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503<br>309-793-5925    LICENSE #: | #437 - R L SAWYER INC<br>8130 WEST 70TH STREET<br>GREENWOOD, LA 71033 |

| | |
|---|---|
| Bid Price: | $15,400.00 |
| Seller Fee: | $315.00 |
| Car Chgs.: | $92.86 |
| Misc. Fees: | $0.00 |
| **Total Due** | |
| **To Seller:** | **$14,992.14**   Check #:   34055 |

---

### ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines or imprisonment.

I,   DEALERS CREDIT EXPRESS                          state that the odometer of the vehicle described below now
reads    81035      (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,
unless one of the following statements is checked.

_____  1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.
_____  2) I hereby certify that the odometer reading is NOT the actual mileage.   **WARNING - ODOMETER DISCREPANCY**

**VEHICLE INFORMATION**
VIN/Serial #:   1GKFK163X8J193733
Vehicle:        2008 GMC YUKON XL 1500 4 DOOR WAGON (BLACK)

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503 | #437 - R L SAWYER INC<br>8130 WEST 70TH STREET<br>GREENWOOD, LA 71033 |

| | |
|---|---|
| _____<br>SELLER'S SIGNATURE | _____<br>BUYER'S SIGNATURE |
| _____<br>PRINTED NAME OF PERSON SIGNING | RONALD LEROY SAWYER<br>PRINTED NAME OF PERSON SIGNING |

### * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

| Sale Date | 11/16/16 | A8 | Issued 11/29/16 | Payee | DEALERS CREDIT EXPRESS | |
|---|---|---|---|---|---|---|

BOS #      11947

1GKFK163X8J193733

2008 GMC YUKON XL 1500 (BLACK)                                    Miles: 81035

| | | Auction Price | $15,400.00 |
|---|---|---|---|
| Title | 22038841743105818 / TX | SALES FEE | $315.00 |
| | | GAS (REGULAR) | $10.00 |
| Buyer | R L SAWYER INC | MARKETING / PROMO | $17.86 |
| Address | 8130 WEST 70TH STREET | PRE SALE INSPECTION | $65.00 |
| | GREENWOOD, LA 71033 | | |
| License # | UD00100416SJF | | |

5487

| | Total Deductions | $407.86 |
|---|---|---|
| Check Number  34055 | Net Check | $14,992.14 |

A AI ALLIANCE
AUTO AUCTION · DALLAS
9426 LAKEFIELD BLVD
DALLAS, TX 75220
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

Check Number        34055

Check Date        11/29/16

Pay
to the
Order of      **DEALERS CREDIT EXPRESS**

**Fourteen Thousand Nine Hundred ninety two and 14/100***********************        $14,992.14

MEMO:  BOS # 11947   2008 GMC   1GKFK163X8J193733

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

K. Chaura
Authorized Signature



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE  -  469-828-8225 FAX**

BILL OF SALE

## "Join the Alliance"

| | | |
|---|---|---|
| **Date of Sale:** 11/16/16 01:54 PM | **Bill of Sale #:** 11952 | **Car #: A9** |

| | |
|---|---|
| Vehicle: | 2009 GMC YUKON 1500 4 DOOR WAGON (CREAM) |
| VIN/Serial #: | 1GKFC032X9R202548    Odometer: 102810 |
| Printed Date: | 11/16/16 02:46 PM    Auctioneer: AA    Clerk: HM |
| Announcements: | PRESALE CERTIFIED |
| Light: | RIDE & DRIVE    Title: 28695342553006618/TX    Inventory #: 11898 |

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503<br>309-793-5925    LICENSE #: | #5643 - ABSOLUTE AUTO SALES INC<br>345 HWY 2 NE<br>CORINTH, MS 38834 |

| | |
|---|---|
| Bid Price: | $15,800.00 |
| Seller Fee: | $315.00 |
| Car Chgs.: | $167.86 |
| Misc. Fees: | $0.00 |
| **Total Due**<br>**To Seller:** | **$15,317.14**    Check #:    34056 |

### ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines or imprisonment.

I,   DEALERS CREDIT EXPRESS                                    state that the odometer of the vehicle described below now

reads    102810       (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,
unless one of the following statements is checked.

_____    1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.

_____    2) I hereby certify that the odometer reading is NOT the actual mileage.   **WARNING - ODOMETER DISCREPANCY**

**VEHICLE INFORMATION**
VIN/Serial #:    1GKFC032X9R202548
Vehicle:    2009 GMC YUKON 1500 4 DOOR WAGON (CREAM)

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503 | #5643 - ABSOLUTE AUTO SALES INC<br>345 HWY 2 NE<br>CORINTH, MS 38834 |

| | |
|---|---|
| _____ | _____ |
| SELLER'S SIGNATURE | BUYER'S SIGNATURE |
| | JOHN JUSTIN SUMLER |
| _____ | _____ |
| PRINTED NAME OF PERSON SIGNING | PRINTED NAME OF PERSON SIGNING |

### * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

| Sale Date | 11/16/16   A9 | **Issued** 11/29/16   **Payee** DEALERS CREDIT EXPRESS | |
|---|---|---|---|
| BOS # | 11952 | 1GKFC032X9R202548 | |

| 2009 GMC YUKON 1500 (CREAM) | | Miles: 102810 |
|---|---|---|

| | | **Auction Price** | **$15,800.00** |
|---|---|---|---|
| Title | 28695342553006618 / TX | SALES FEE | $315.00 |
| Buyer | ABSOLUTE AUTO SALES INC | MARKETING / PROMO | $17.86 |
| Address | 345 HWY 2 NE | PRE SALE INSPECTION | $65.00 |
| | CORINTH, MS 38834 | FULL DETAIL | $85.00 |
| License # | 27350084500 | | |

5336

| | Total Deductions | $482.86 |
|---|---|---|
| Check Number  34056 | **Net Check** | **$15,317.14** |

AUTO AUCTION - DALLAS

9426 LAKEFIELD BLVD
DALLAS, TX 75220
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

| Check Number | **34056** |
|---|---|
| Check Date | **11/29/16** |

Pay
to the
Order of   **DEALERS CREDIT EXPRESS**

**Fifteen Thousand Three Hundred seventeen and 14/100*************************** | $15,317.14**

MEMO:  BOS # 11952   2009 GMC   1GKFC032X9R202548

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

K. Chavira
Authorized Signature



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE  -  469-828-8225 FAX**

BILL OF SALE

## "Join the Alliance"

ate of Sale:  **11/16/16 01:56 PM**       **Bill of Sale #: 11956**       **Car #: A10**

'ehicle:        2011 FORD F-150 4 DOOR CAB; STYLESIDE; SUPER C (WHITE)

'IN/Serial #:   **1FTFW1ET7BFB61592**     Odometer: 110327

'rinted Date:   11/18/16 10:02 AM         Auctioneer: AA     Clerk: HM

'nnouncements: PRE SALE CERTIFIED/HAIL

ght:          R&D W/CONDITIONS      Title: 15230641846085032/TX     Inventory #: 11899

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| 5261 - DEALERS CREDIT EXPRESS | #5483 - PERKINS MOTOR PLEX |
| 545 N. STATE LINE | 30 KEYSTONE DRIVE, P.O. B |
| EXARKANA, TX 75503 | MAYFIELD, KY 42066 |
| 09-793-5925     LICENSE #: | |

| | |
|---|---|
| id Price: | $18,800.00 |
| eller Fee: | $345.00 |
| ar Chgs.: | $167.86 |
| isc. Fees: | $0.00 |
| **otal Due** | |
| **o Seller:** | **$18,287.14**   Check #:   34065 |

---

### ODOMETER DISCLOSURE STATEMENT

ederal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or
mprisonment.

_DEALERS CREDIT EXPRESS_____ state that the odometer of the vehicle described below now

ads   _110327_   (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,

nless one of the following statements is checked.

____  1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.

____  2) I hereby certify that the odometer reading is NOT the actual mileage.   **WARNING - ODOMETER DISCREPANCY**

**'EHICLE INFORMATION**
'IN/Serial #:   1FTFW1ET7BFB61592
'ehicle:        2011 FORD F-150 4 DOOR CAB; STYLESIDE; SUPER C (WHITE)

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| 5261 - DEALERS CREDIT EXPRESS | #5483 - PERKINS MOTOR PLEX |
| 545 N. STATE LINE | 30 KEYSTONE DRIVE, P.O. B |
| EXARKANA, TX 75503 | MAYFIELD, KY 42066 |

| | |
|---|---|
| _____ | _____ |
| SELLER'S SIGNATURE | BUYER'S SIGNATURE |
| | JAMES WESLEY TODD |
| _____ | _____ |
| PRINTED NAME OF PERSON SIGNING | PRINTED NAME OF PERSON SIGNING |

### * SELLER COPY *

**Mission Statement:** To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

Sale Date  11/16/16    A10          Issued 11/29/16    Payee  DEALERS CREDIT EXPRESS
BOS #    11956                                    1FTFW1ET7BFB61592
2011 FORD F-150 (WHITE)                                                    Miles: 110327

| | | Auction Price | $18,800.00 |

Title        15230641846085032 / TX

| | SALES FEE | $345.00 |
| | MARKETING / PROMO | $17.86 |
| | PRE SALE INSPECTION | $65.00 |
| | FULL DETAIL | $85.00 |

Buyer        PERKINS MOTOR PLEX
Address      30 KEYSTONE DRIVE, P.O. B
             MAYFIELD, KY 42066
License #    118516042



| | Total Deductions | $512.86 |
| Check Number  34065 | Net Check | $18,287.14 |

AUTO AUCTION · DALLAS

9426 LAKEFIELD BLVD
DALLAS, TX 75220
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

| Check Number | 34065 |
| Check Date | 11/29/16 |

Pay
to the
Order of    DEALERS CREDIT EXPRESS

Eighteen Thousand Two Hundred eighty seven and 14/100*********************        $18,287.14

MEMO: BOS # 11956   2011 FORD   1FTFW1ET7BFB61592

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

K. Chawra
Authorized Signature



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE - 469-828-8225 FAX**

AUTO AUCTION - DALLAS

## "Join the Alliance"

BILL OF SALE

**Date of Sale:** 11/16/16 01:57 PM    **Bill of Sale #: 11958**    **Car #: A11**

| | |
|---|---|
| Vehicle: | 2011 CHEVROLET AVALANCHE 4 DOOR CAB; CREW (BLACK) |
| VIN/Serial #: | 3GNTKGE39BG347593    Odometer: 75798 |
| Printed Date: | 11/18/16 09:47 AM    Auctioneer: AA    Clerk: HM |
| Announcements: | PRE SALE CERTIFIED |
| Light: | RIDE & DRIVE    Title: 22025542171103102/TX    Inventory #: 11900 |

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| 5261 - DEALERS CREDIT EXPRESS | #208 - STADIUM AUTO INC |
| 545 N. STATE LINE | 624 N WATSON RD |
| TEXARKANA, TX 75503 | ARLINGTON, TX 76011 |
| 909-793-5925    LICENSE #: | |
| Bid Price:  $23,600.00 | |
| Seller Fee:  $365.00 | |
| Car Chgs.:  $167.86 | |
| Misc. Fees:  $0.00 | |
| **Total Due** | |
| **To Seller:  $23,067.14**  Check #:  34064 | |

## ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or
imprisonment.

_DEALERS CREDIT EXPRESS_____ state that the odometer of the vehicle described below now

reads _75798_____ (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,

unless one of the following statements is checked.

_____ 1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.

_____ 2) I hereby certify that the odometer reading is NOT the actual mileage.    **WARNING - ODOMETER DISCREPANCY**

**VEHICLE INFORMATION**
VIN/Serial #:    3GNTKGE39BG347593
Vehicle:    2011 CHEVROLET AVALANCHE 4 DOOR CAB; CREW (BLACK)

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS | #208 - STADIUM AUTO INC |
| 3545 N. STATE LINE | 624 N WATSON RD |
| TEXARKANA, TX 75503 | ARLINGTON, TX 76011 |

| | |
|---|---|
| _____ | _____ |
| SELLER'S SIGNATURE | BUYER'S SIGNATURE |
| | KRISTOPHER SHANE WRIGHT |
| _____ | _____ |
| PRINTED NAME OF PERSON SIGNING | PRINTED NAME OF PERSON SIGNING |

## * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

| | | |
|---|---|---|
| **Sale Date** 11/16/16   A11 | **Issued** 11/29/16   **Payee** DEALERS CREDIT EXPRESS | |
| **BOS #**   11958 | 3GNTKGE39BG347593 | |
| 2011 CHEVROLET AVALANCHE (BLACK) | | Miles: 75798 |

| | | **Auction Price** | **$23,600.00** |
|---|---|---|---|
| **Title** | 22025542171103102 / TX | | |
| **Buyer Address** | STADIUM AUTO INC | SALES FEE | $365.00 |
| | 624 N WATSON RD | MARKETING / PROMO | $17.86 |
| | ARLINGTON, TX 76011 | PRE SALE INSPECTION | $65.00 |
| **License #** | P6776 | FULL DETAIL | $85.00 |

5394

| | | |
|---|---|---|
| | Total Deductions | $532.86 |
| Check Number  34064 | **Net Check** | **$23,067.14** |

---

**A N** **ALLIANCE**
AUTO AUCTION · DALLAS
**9426 LAKEFIELD BLVD**
**DALLAS, TX 75220**
**214-646-3136**

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

| Check Number | **34064** |
|---|---|

| Check Date | **11/29/16** |
|---|---|

Pay
to the
Order of    **DEALERS CREDIT EXPRESS**

**Twenty-three Thousand sixty seven and 14/100**************************************   | **$23,067.14** |

MEMO: BOS # 11958  2011 CHEVROLET  3GNTKGE39BG347593

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

*K. Chaura*
Authorized Signature

 **AUTO AUCTION - DALLAS**

**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE  -  469-828-8225 FAX**

# "Join the Alliance"

BILL OF SALE

**Date of Sale:** **11/30/16 01:48 PM**      **Bill of Sale #:** **12345**      **Car #:** **A2**

Vehicle:          2011 CHEVROLET SILVERADO 2500HD 4 DOOR CAB; CREW (BLUE)
VIN/Serial #:     1GC1KXE82BF189059      Odometer: 83028
Printed Date:     12/01/16 11:08 AM      Auctioneer: AA      Clerk: HM
Announcements: ///BAD TURBO--NO ARB
Light:          AS IS, NO ARB      Title: 28695342515008063/TX      Inventory #: 11901

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503<br>309-793-5925      LICENSE #: | #5636 - NO LIMIT MOTORSPORTS, LLC<br>7900 RODEO TRL, STE 100<br>MANSFIELD, TX 76063 |

| | |
|---|---|
| Bid Price: | $26,800.00 |
| Seller Fee: | $385.00 |
| Car Chgs.: | $150.00 |
| Misc. Fees: | $0.00 |
| **Total Due To Seller:** | **$26,265.00**      Check #: ___34254___ |

## ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or imprisonment.

I,  __DEALERS CREDIT EXPRESS__  state that the odometer of the vehicle described below now

reads  ___83028___  (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,
unless one of the following statements is checked.

_____  1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.

_____  2) I hereby certify that the odometer reading is NOT the actual mileage.   **WARNING - ODOMETER DISCREPANCY**

**VEHICLE INFORMATION**
VIN/Serial #:   1GC1KXE82BF189059
Vehicle:       2011 CHEVROLET SILVERADO 2500HD 4 DOOR CAB; CREW (BLUE)

| **SELLER INFORMATION** | **BUYER INFORMATION** |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503 | #5636 - NO LIMIT MOTORSPORTS, LLC<br>7900 RODEO TRL, STE 100<br>MANSFIELD, TX 76063 |

| | |
|---|---|
| _____ | _____ |
| SELLER'S SIGNATURE | BUYER'S SIGNATURE |
| | CARMINE JOSEPH BIANCO |
| _____ | _____ |
| PRINTED NAME OF PERSON SIGNING | PRINTED NAME OF PERSON SIGNING |

## * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

| Sale Date  11/30/16   AZ | Issued 12/06/16 | Payee DEALERS CREDIT EXPRESS | |
|---|---|---|---|
| **BOS #**   12345 | | 1GC1KXE82BF189059 | Miles: 83028 |
| 2011 CHEVROLET SILVERADO 2500HD (BLUE) | | **Auction Price** | **$26,800.00** |
| **Title**   28695342515008063 / TX | | SALES FEE | $385.00 |
| | | PRE SALE INSPECTION | $65.00 |
| **Buyer**   NO LIMIT MOTORSPORTS, LLC | | FULL DETAIL | $85.00 |
| **Address**   7900 RODEO TRL, STE 100 | | | |
| MANSFIELD, TX 76063 | | | |
| **License #**   P130102 | | | |

5227

| | Total Deductions | $535.00 |
|---|---|---|
| Check Number  34254 | **Net Check** | **$26,265.00** |

---

**AA | ALLIANCE**
AUTO AUCTION · DALLAS

9426 LAKEFIELD BLVD
DALLAS, TX 75220
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

Check Number    **34254**

Check Date     **12/06/16**

Pay
to the
Order of   **DEALERS CREDIT EXPRESS**

**Twenty-six Thousand Two Hundred sixty five and 00/100***********************      **$26,265.00**

MEMO: BOS # 12345  2011 CHEVROLET  1GC1KXE82BF189059

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

*K. Chavira*
Authorized Signature



ALLIANCE AUTO AUCTION - DALLAS
9426 LAKEFIELD BLVD DALLAS, TX 75220
214-646-3136 OFFICE  -  469-828-8225 FAX

## "Join the Alliance"

BILL OF SALE

**Date of Sale:** 11/30/16 01:49 PM        **Bill of Sale #:** 12349        **Car #: A3**

Vehicle:               2012 FORD EXPEDITION EL 4 DOOR WAGON (BLACK)
VIN/Serial #:          1FMJK1J51CEF59364        Odometer: 114417
Printed Date:          12/08/16 02:16 PM        Auctioneer: AA     Clerk: HM
Announcements: PRESALE CERTIFIED
Light:                 RIDE & DRIVE        Title: 16402120000100/IN        Inventory #: 11902

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503<br>309-793-5925    LICENSE #: | #5345 - CAR HUNTERS LLC<br>12695 LEBANON ROAD<br>MOUNT JULIET, TN 37122 |

Bid Price:          $18,400.00
Seller Fee:            $345.00
Car Chgs.:             $150.00
Misc. Fees:              $0.00
**Total Due**
**To Seller:**     **$17,905.00**   Check #:   34394

## ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines or
imprisonment.
I,   DEALERS CREDIT EXPRESS                                 state that the odometer of the vehicle described below now
reads   114417      (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,
unless one of the following statements is checked.
_____  1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.
_____  2) I hereby certify that the odometer reading is NOT the actual mileage.   **WARNING - ODOMETER DISCREPANCY**

### VEHICLE INFORMATION
VIN/Serial #:    1FMJK1J51CEF59364
Vehicle:         2012 FORD EXPEDITION EL 4 DOOR WAGON (BLACK)

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503 | #5345 - CAR HUNTERS LLC<br>12695 LEBANON ROAD<br>MOUNT JULIET, TN 37122 |

_____        _____
SELLER'S SIGNATURE                       BUYER'S SIGNATURE

                                         MICHAEL RAY WILLIS
_____        _____
PRINTED NAME OF PERSON SIGNING           PRINTED NAME OF PERSON SIGNING

### * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

Sale Date  11/30/16   A3    Issued 12/08/16   Payee  DEALERS CREDIT EXPRESS

BOS #    12349                        1FMJK1J51CEF59364                    Miles: 114417

2012 FORD EXPEDITION EL (BLACK)              **Auction Price**              **$18,400.00**

| Title | 16402120000100 / IN | SALES FEE | $345.00 |
| | | PRE SALE INSPECTION | $65.00 |
| Buyer | CAR HUNTERS LLC | FULL DETAIL | $85.00 |
| Address | 12695 LEBANON ROAD | | |
| | MOUNT JULIET, TN 37122 | | |
| License # | 18396 | | |

*5296*

| Total Deductions | $495.00 |
|---|---|
| Check Number  34394     **Net Check** | **$17,905.00** |

---

**ALLIANCE**
AUTO AUCTION - DALLAS

9426 LAKEFIELD BLVD
**DALLAS, TX 75220**
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS        Check Number        **34394**
102 W MOORE AVE
TERRELL, TX 75160-3129

Check Date        **12/08/16**

Pay
to the
Order of    **DEALERS CREDIT EXPRESS**

**Seventeen Thousand Nine Hundred five and 00/100**********************************    | **$17,905.00** |

MEMO:  BOS # 12349   2012 FORD   1FMJK1J51CEF59364

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

K. Chavira
Authorized Signature

*5296*



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE  -  469-828-8225 FAX**

BILL OF SALE

# "Join the Alliance"

| | | |
|---|---|---|
| Date of Sale: **11/16/16 05:34 PM** | Bill of Sale #: **12153** | Car #: **A14** |

Vehicle:         2007 FORD F-150 4 DOOR CAB; STYLESIDE; SUPER C (RED)
VIN/Serial #:    1FTPW14V67KD23184       Odometer: 94987
Printed Date:    11/17/16 03:20 PM       Auctioneer:         Clerk:
Announcements: PRESALE CERTIFIED
Light:           RIDE & DRIVE            Title: 17710041652111644/TX      Inventory #: 11906

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS | #5345 - CAR HUNTERS LLC |
| 4545 N. STATE LINE | 12695 LEBANON ROAD |
| TEXARKANA, TX 75503 | MOUNT JULIET, TN 37122 |
| 309-793-5925     LICENSE #: | |

| | |
|---|---|
| Bid Price: | $14,200.00 |
| Seller Fee: | $305.00 |
| Car Chgs.: | $167.82 |
| Misc. Fees: | $0.00 |
| **Total Due To Seller:** | **$13,727.18**   Check #:  34063 |

## ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or imprisonment.

I,  DEALERS CREDIT EXPRESS                          state that the odometer of the vehicle described below now
reads   94987   (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,
unless one of the following statements is checked.

_____ 1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.
_____ 2) I hereby certify that the odometer reading is NOT the actual mileage.   **WARNING - ODOMETER DISCREPANCY**

**VEHICLE INFORMATION**
VIN/Serial #:   1FTPW14V67KD23184
Vehicle:        2007 FORD F-150 4 DOOR CAB; STYLESIDE; SUPER C (RED)

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS | #5345 - CAR HUNTERS LLC |
| 4545 N. STATE LINE | 12695 LEBANON ROAD |
| TEXARKANA, TX 75503 | MOUNT JULIET, TN 37122 |

| | |
|---|---|
| SELLER'S SIGNATURE | BUYER'S SIGNATURE |
| | MICHAEL RAY WILLIS |
| PRINTED NAME OF PERSON SIGNING | PRINTED NAME OF PERSON SIGNING |

## * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

| | | | | |
|---|---|---|---|---|
| Sale Date | 11/16/16   A14 | | Issued 11/29/16   **Payee** DEALERS CREDIT EXPRESS | |
| BOS # | 12153 | | 1FTPW14V67KD23184 | |
| 2007 FORD F-150 (RED) | | | | Miles: 94987 |

| | | **Auction Price** | **$14,200.00** |
|---|---|---|---|
| Title | 17710041652111644 / TX | SALES FEE | $305.00 |
| | | MARKETING / PROMO | $17.82 |
| Buyer | CAR HUNTERS LLC | PRE SALE INSPECTION | $65.00 |
| Address | 12695 LEBANON ROAD | FULL DETAIL | $85.00 |
| | MOUNT JULIET, TN 37122 | | |
| License # | 18396 | | |

| | |
|---|---|
| Total Deductions | $472.82 |
| Check Number  34063 | |
| **Net Check** | **$13,727.18** |

---

**A** **ALLIANCE** **AUTO AUCTION · DALLAS**

9426 LAKEFIELD BLVD
DALLAS, TX 75220
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

Check Number  **34063**

Check Date  **11/29/16**

Pay
to the
Order of   **DEALERS CREDIT EXPRESS**

**Thirteen Thousand Seven Hundred twenty seven and 18/100*******************   **$13,727.18**

MEMO:  BOS # 12153  2007 FORD  1FTPW14V67KD23184

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

K. Chauira
Authorized Signature



**ALLIANCE AUTO AUCTION - DALLAS**
**9426 LAKEFIELD BLVD DALLAS, TX 75220**
**214-646-3136 OFFICE  -  469-828-8225 FAX**

## "Join the Alliance"

BILL OF SALE

**Date of Sale:  11/30/16 01:47 PM**       **Bill of Sale #:  12342**       **Car #:  A1**

Vehicle:         2012 FORD F-150 LARIAT 4 DOOR CAB; STYLESIDE; SUPER C (GRAY)
VIN/Serial #:    1FTFW1ET1CFA22138        Odometer: 104025
Printed Date:    12/09/16 12:28 PM        Auctioneer: AA     Clerk: HM
Announcements: PRESALE CERTIFIED
Light:           RIDE & DRIVE             Title: 10910041727152400/TX      Inventory #: 11979

BUYER AND SELLER AGREE THAT THE VEHICLE DESCRIBED HEREIN IS BOUGHT AND SOLD SUBJECT TO THE AUCTION'S
TERMS AND CONDITIONS.  AUCTION TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE.

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503<br>309-793-5925    LICENSE #: | #2559 - NORTH TEXAS AUTO SALES, LLC<br>615 S 4TH AVE<br>MANSFIELD, TX 76063 |

Bid Price:       $21,600.00
Seller Fee:      $355.00
Car Chgs.:       $150.00
Misc. Fees:      $0.00
**Total Due**    _____
**To Seller:**   **$21,095.00**   Check #: ___34476___

### ODOMETER DISCLOSURE STATEMENT

Federal law requires that you state the mileage upon transfer of ownership.  Failure to complete or providing a false statement may result in fines or
imprisonment.

I, ___DEALERS CREDIT EXPRESS_____ state that the odometer of the vehicle described below now
reads ___104025___ (no tenths) and to the best of my knowledge that it reflects the actual mileage of the vehicle described below,
unless one of the following statements is checked.

_____ 1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of mechanical limits.
_____ 2) I hereby certify that the odometer reading is NOT the actual mileage.   **WARNING - ODOMETER DISCREPANCY**

**VEHICLE INFORMATION**
VIN/Serial #:    1FTFW1ET1CFA22138
Vehicle:         2012 FORD F-150 LARIAT 4 DOOR CAB; STYLESIDE; SUPER C (GRAY)

| SELLER INFORMATION | BUYER INFORMATION |
|---|---|
| #5261 - DEALERS CREDIT EXPRESS<br>4545 N. STATE LINE<br>TEXARKANA, TX 75503 | #2559 - NORTH TEXAS AUTO SALES, LLC<br>615 S 4TH AVE<br>MANSFIELD, TX 76063 |

_____       _____
SELLER'S SIGNATURE                        BUYER'S SIGNATURE

                                          CHAD MARTIN HOLLINGSWORTH
_____       _____
PRINTED NAME OF PERSON SIGNING            PRINTED NAME OF PERSON SIGNING

### * SELLER COPY *

Mission Statement:  To establish a personal relationship with each one of our customers,
make the auction process simple, have fun and partner in profit.

| Sale Date | 11/30/16   A1 | | Issued 12/13/16   Payee DEALERS CREDIT EXPRESS | |
|---|---|---|---|---|

**BOS #**   12342   1FTFW1ET1CFA22138   Miles: 104025

| 2012 FORD F-150 LARIAT (GRAY) | **Auction Price** | **$21,600.00** |
|---|---|---|

| Title | 10910041727152400 / TX | SALES FEE | $355.00 |
|---|---|---|---|
| | | PRE SALE INSPECTION | $65.00 |
| Buyer | NORTH TEXAS AUTO SALES, LLC | FULL DETAIL | $85.00 |
| Address | 615 S 4TH AVE | | |
| | MANSFIELD, TX 76063 | | |
| License # | P103941W | | |

5446
James Maverick

| | Total Deductions | $505.00 |
|---|---|---|
| Check Number  34476 | **Net Check** | **$21,095.00** |

---

**A** ALLIANCE
AUTO AUCTION · DALLAS

9426 LAKEFIELD BLVD
DALLAS, TX 75220
214-646-3136

AMERICAN NATIONAL BANK OF TEXAS
102 W MOORE AVE
TERRELL, TX 75160-3129

Check Number   **34476**

Check Date   **12/13/16**

Pay
to the
Order of   **DEALERS CREDIT EXPRESS**

**Twenty-one Thousand ninety five and 00/100**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   **$21,095.00**

MEMO:  BOS # 12342   2012 FORD   1FTFW1ET1CFA22138

DEALERS CREDIT EXPRESS
4545 N. STATE LINE
TEXARKANA, TX 75503

K. Chavira
Authorized Signature