UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND<br>WESTLAKE FLOORING COMPANY, LLC,<br><br>PLAINTIFFS,<br><br>V.<br><br>DEALERS CREDIT EXPRESS, INC.,<br><br>DEFENDANT. | § § § § § § § § § § § |   CIVIL ACTION NO. 3:17-cv-01012-M |

## AFFIDAVIT DECLARING STATUS OF WESTLAKE FLOORING COMPANY, LLC'S MEMBERSHIP

1. My name is Arash Yadegari. I am over the age of eighteen (18) years and I am qualified to make this affidavit. I have personal knowledge of the facts stated herein based upon the performance of my duties as Associate Counsel for Westlake Flooring Company, LLC ("WFC"), and the facts stated herein are true and correct.

2. The sole member and manager of WFC is Westlake Services, LLC ("Westlake Services"), which is organized under the laws of the State of California and has its principal place of business in Los Angeles, California.

3. None of the members, managers or directors of Westlake Services reside in Texas. All of the members of Westlake Services are domiciled in either California or Tokyo, Japan.

**Further affiant sayeth not.**

WESTLAKE FLOORING COMPANY, LLC

By: Arash Yadegari
Its: Associate Counsel


SUBSCRIBED AND SWORN TO before me by the said Arash Yadegari, Associate Counsel for Westlake Flooring Company, LLC, on the 18th day of April, 2017, to certify which witness my hand and seal of office.

ERICA VIVIANA MENENDEZ
Commission # 2145309
Notary Public - California
Los Angeles County
My Comm. Expires Mar 6, 2020

Notary Public In and For Said County and State

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**     GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____     _____
*Signature of Document Signer No. 1*     *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this __18__ day of __April__, 20__17__,
by
(1) Arash Yadegari

(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

[Seal: ERICA VIVIANA MENENDEZ, Commission # 2145309, Notary Public - California, Los Angeles County, My Comm. Expires Mar 6, 2020]

*Seal*
*Place Notary Seal Above*

─────────── **OPTIONAL** ───────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____   Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910