AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-01012-M

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) Dealers Credit Express Inc. (Bobby L. Howell), Agent of service
was received by me on (*date*) April 17th 2017. 10:10 AM

☒ I personally served the summons on the individual at (*place*) 1921 Moores Ln. Texarkana, TX 75503 on (*date*) 4-17-17 @ 2:12 pm; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated by law to accept service of process on behalf of (*name of organization*) _____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____; or

☐ other (*specify*) _____

My fees are $ 100.00 for travel and $ _____ for services, for a total of $ 100.00

I declare under penalty of perjury that this information is true.

Date: 4-17-17

Chris Lee
Server's signature

Chris Lee, Constable Bowie Co. Pct. 1
Printed name and title

100 N. State Line, Box 13, Texarkana, TX, 75501
Server's address

Additional information regarding attempted service, etc: