United States District Court
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET, RM. 1572
DALLAS, TEXAS 75242

CHAMBERS OF
**BARBARA M. G. LYNN**
CHIEF U.S. DISTRICT JUDGE
(214) 753-2420

May 16, 2017

Re:   Civil Action No.:3:17-CV-1012-M
      *NextGear Capital, Inc., et al. vs. Dealers Credit Express, Inc.*

TO ALL COUNSEL OF RECORD:

If all parties are agreeable to transferring this case to a Magistrate Judge, enclosed please find a consent form to proceed before a United States Magistrate Judge.

After this form has been completed and executed by all parties to the case, please **E-FILE it or MAIL** it to the chambers of the Honorable Barbara M. G. Lynn, Chief United States District Judge, 1100 Commerce Street, Room 1572, Attn: Ms. Lori Greco, Courtroom Coordinator, Dallas, Texas 75242, instead of to the District Clerk's office as the form directs.

If you have any questions, you may contact me at 214-753-2421.

Sincerely,

s/ Lori Anne Greco

Lori Anne Greco
Court Coordinator to the
Chief Judge Barbara M. G. Lynn

Enc.