IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., and WESTLAKE FLOORING COMPANY, LLC, <br><br>　　　　Plaintiffs, <br><br> V. <br><br> DEALERS CREDIT EXPRESS, INC., <br><br>　　　　Defendant. | § § § § § § § § § § § Civil No.:3:17-CV-1012-M |

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby waive their right to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case (including the trial) and order the entry of a final judgment.

**Party or Counsel of Record (please designate)**　　　　**Date**
_____　　　_____
_____　　　_____
_____　　　_____

**NOTE:  Return this form to the District Clerk only if it has been executed by all parties to the case.**

---

## ORDER OF REASSIGNMENT

　　IT IS HEREBY ORDERED that the above-captioned matter be reassigned to United States Magistrate Judge Paul D. Stickney for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the foregoing consent of the parties.


DATED: _____　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE