# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

NEXTGEAR CAPITAL, INC., ET AL.
Plaintiff

v.  3:17-cv-01012-M
Civil Action No.

DEALERS CREDIT EXPRESS, INC.
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

NextGear Capital, Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

NextGear Capital, Inc. is a wholly-owned subsidiary of Manheim Investments, Inc., which is a wholly-owned subsidiary of Manheim, Inc., which is a wholly-owned subsidiary of Cox Enterprises, Inc. No publicly held company or investment fund holds 10% or more ownership interest in NextGear Capital, Inc.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

None.

| | |
|---|---|
| Date: | June 2, 2017 |
| Signature: | /s/ Christopher V. Arisco |
| Print Name: | Christopher V. Arisco |
| Bar Number: | 24064830 |
| Address: | 421 W. Third Street, Suite 910 |
| City, State, Zip: | Fort Worth, Texas 76102 |
| Telephone: | 817-338-1616 |
| Fax: | 817-338-1610 |
| E-Mail: | carisco@livepad.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons