IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND WESTLAKE FLOORING COMPANY, LLC<br><br>                  Plaintiffs,<br><br>  v.<br><br>DEALERS CREDIT EXPRESS, INC.<br>                  Defendant. | Case No.  3:17-CV-01012-m |

## NOTICE OF APPEARANCE

Defendant Dealers Credit Express, Inc. ("DCE"), Defendant in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

    David P. Henry
    Texas State Bar No. 24027015
    STEVENS | HENRY, PLLC
    P.O. Box 3427
    Longview, Texas 75606
    Telephone: 903-753-6760
    Facsimile: 903-753-6761
    david@stevenshenry.com

                      Respectfully submitted,

                      */s/ David P. Henry*
                      David P. Henry
                      State Bar No. 24027015
                      STEVENS | HENRY, PLLC
                      P.O. Box 3427
                      Longview, Texas 75606
                      Telephone:  (903) 753-6760
                      Facsimile:  (903) 753-6761
                      Email:  david@stevenshenry.com

                **ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule LR-5(d).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Pursuant to Fed. R. Civ. P. 5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 5th day of June, 2017.

                                       /s/ David P. Henry
                                       David P. Henry