**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND WESTLAKE FLOORING COMPANY, LLC<br>                       Plaintiffs,<br><br>    v.<br><br>DEALERS CREDIT EXPRESS, INC.<br>                       Defendant. | Case No. 3:17-cv-01012-M |

**ORDER GRANTING DEFENDANT'S
MOTION FOR JURY TRIAL PURSUANT TO RULE 39**

This Matter, having come before the Court on the Defendant's Motion for Jury Trial Pursuant to Rule 39 and it appearing, upon review of the briefs submitted and for good cause shown, that the Motion should be granted,

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED,** and Defendant has five (5) days from the date of this order to file a demand for jury trial.

**SO ORDERED.**

June ___, 2017                          _____
                                                  BARBARA M.G. LYNN
                                                  UNITED STATES DISTRICT COURT JUDGE
                                                  NORTHERN DISTRICT OF TEXAS