# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND WESTLAKE FLOORING COMPANY, LLC<br><br>     Plaintiffs,<br><br> v.<br><br>DEALERS CREDIT EXPRESS, INC.<br>     Defendant. | Case No.  3:17-cv-01012-M |

## ORDER GRANTING DEFENDANT'S
## OPPOSED MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

  This Matter, having come before the Court on the Defendant's Opposed Motion for Leave to File Third-Party Complaint and it appearing, upon review of the briefs submitted and for good cause shown, that the Motion should be granted,

  IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED.**

 **SO ORDERED.**

                _____
                BARBARA M.G. LYNN
                UNITED STATES DISTRICT COURT JUDGE
                NORTHERN DISTRICT OF TEXAS