UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC. AND WESTLAKE FLOORING COMPANY, LLC, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 3:17-cv-01012-M |
| DEALERS CREDIT EXPRESS, INC., | § § § | |
| Defendant. | § | |

### ORDER DENYING DEFENDANT'S OPPOSED MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

On the day entered below, the Court heard Defendant's, Dealers Credit Express, Inc., Opposed Motion for Leave to File Third-Party Complaint. The Defendant appeared through counsel. The Plaintiffs appeared through counsel. After considering the Motion, the Plaintiffs response, and the arguments of counsel, the Court is of the opinion that the Defendant's Motion should be **DENIED.**

SIGNED _____.

_____
Judge Presiding

RETURN TO:
Christopher V. Arisco
PADFIELD & STOUT, LLP
421 W. Third Street, Ste. 910
Fort Worth, TX 76102
carisco@livepad.com