IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND WESTLAKE FLOORING COMPANY, LLC<br><br>Plaintiffs,<br><br>v.<br><br>DEALERS CREDIT EXPRESS, INC.,<br><br>Defendant. | Civial Action No. 3:17-cv-01012<br><br>**JURY TRIAL REQUESTED** |

## NOTICE OF APPEARANCE

Defendant Dealers Credit Express, Inc., in the above-entitled case, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

>Darrell G. Dotson
>State Bar No. 24002010
>THE DOTSON LAW FIRM
>222 N. Fredonia St.
>Longview, Texas 75601
>Telephone: (903) 212-3113
>Facsimile: (903) 757-2387
>darrell@dotsonlawfirm.com

Respectfully submitted,

*/s/ Darrell G. Dotson*
Darrell G. Dotson (TX Bar No. 24002010)
THE DOTSON LAW FIRM
222 N. Fredonia St.
Longview, Texas 75601
Telephone: (903) 212-3113
Facsimile: (903) 757-2387
darrell@dotsonlawfirm.com

**ATTORNEY FOR DEFENDANT
DEALERS CREDIT EXPRESS, INC.**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule LR 5.1(d). As such, this document was served on all counsel who are deemed to have consented to electronic service. Pursuant to Fed. R. Civ. P. 5, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 11th day of August, 2017.

*/s/ Darrell G. Dotson*
Darrell G. Dotson