IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., and WESTLAKE FLOORING COMPANY, LLC, | § § § | |
| Plaintiffs, | § § | |
| v. | § | Civil No.: 3:17-CV-1012-M |
| DEALERS CREDIT EXPRESS, INC., | § § § | |
| Defendant. | § § | |

## ORDER

Local Rule 83.10(a) requires the appearance of local counsel where counsel of record for a party does not reside or maintain the attorney's principal office in this district. "Local counsel" means a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the division in which the case is pending.

Accordingly, within **seven (7) days** of the date of this Order, Defendant Dealers Credit Express, Inc. shall file the entry of appearance of local counsel satisfying the requirements of Local Civil Rule 83.10(a) or, pursuant to Local Rule 83.10(a), a motion for leave to proceed without local counsel.

**SO ORDERED.**

DATED:     August 21, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE