IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS DALLAS
DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND WESTLAKE FLOORING COMPANY, LLC<br><br>Plaintiffs,<br><br>v.<br><br>DEALERS CREDIT EXPRESS, INC.,<br><br>Defendant. | Civial Action No. 3:17-cv-01012<br><br>**JURY TRIAL REQUESTED** |

**NOTICE OF APPEARANCE**

Defendant Dealers Credit Express, Inc., in the above-entitled case, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

    Amber Morgan Florio
    State Bar No. 24056643
    FLORIO LAW FIRM
    PO Box 470101
    Fort Worth, Texas 76107
    Telephone: (817) 727-7187
    Facsimile: (866) 941-5321
    amber@floriolawfirm.com

    Respectfully submitted,
    */s/  Amber Morgan Florio*
    Amber Morgan Florio
    (TX Bar No. 24056643)
    FLORIO LAW FIRM
    PO Box 470101
    Fort Worth, Texas 76107
    Telephone: (817) 727-7187
    Facsimile: (866) 941-5321
    amber@floriolawfirm.com

    **ATTORNEY FOR DEFENDANT**
    **DEALERS CREDIT EXPRESS, INC.**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule LR 5.1(d). As such, this document was served on all counsel who are deemed to have consented to electronic service. Pursuant to Fed. R. Civ. P. 5, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 22nd day of August, 2017.

                                                                                                      _/s/ Amber Florio_
                                                                                                     Amber Florio