UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC. AND | § | |
| WESTLAKE FLOORING COMPANY, LLC, | § | |
| | § | |
| PLAINTIFFS, | § | CIVIL ACTION NO. 3:17-cv-01012-M |
| | § | |
| V. | § | |
| | § | |
| DEALERS CREDIT EXPRESS, INC., | § | |
| | § | |
| DEFENDANT. | § | |

## NOTICE OF SERVING PLAINTIFFS' FIRST CONSOLIDATED REQUEST FOR PRODUCTION OF DOCUMENTS, REQUEST FOR ADMISSIONS, AND INTERROGATORIES

I certify that on October 13, 2017, I served Defendant's counsel, Scott E. Stevens, with the

Plaintiffs' First Consolidated Request for Production of Documents, Request for Admissions, and

Interrogatories via certified mail, return receipt requested and via email.

**PADFIELD & STOUT, LLP**
421 W. Third Street, Suite 910
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610


/s/ Christopher V. Arisco
Alan B. Padfield
State Bar I.D. #00784712
abp@padfieldstout.com
Christopher V. Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Counsel for Plaintiffs certify that on October 16, 2017, the foregoing was served on defendant Dealers Credit Express, Inc., by and through its counsel of record, Scott E. Stevens, via e-service.


/s/ Christopher V. Arisco
Christopher V. Arisco