**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND WESTLAKE FLOORING COMPANY, LLC<br>              Plaintiffs,<br><br>      v.<br><br>DEALERS CREDIT EXPRESS, INC.<br>              Defendant. | Case No.  3:17-cv-01012-M |

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE
TO FILE ITS SECOND AMENDED ANSWER**

This Matter, having come before the Court on the Defendant's Motion for Leave to File Its Second Amended Answer and it appearing, upon review of the briefs submitted and for good cause shown, that the Motion should be granted,

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED.** Defendant has five (5) days from the date of this order to file its Second Amended Answer.

**SO ORDERED.**

_____
BARBARA M.G. LYNN
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF TEXAS