UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC. AND<br>WESTLAKE FLOORING COMPANY, LLC, | §<br>§<br>§ | |
| PLAINTIFFS, | § | CIVIL ACTION NO. 3:17-cv-01012-M |
| | § | |
| V. | §<br>§ | |
| DEALERS CREDIT EXPRESS, INC., | §<br>§ | |
| DEFENDANT. | § | |

## CERTIFICATE OF SERVING PLAINTIFFS' EXPERT WITNESS DISCLOSURES

I certify that on November 15, 2017, I served Defendant's counsel, Scott E. Stevens, with the Plaintiffs' Expert Witness Disclosures and the Plaintiffs' First Supplemental Expert Witness Disclosures, via email.

**PADFIELD & STOUT, LLP**
421 W. Third Street, Suite 910
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610


/s/ Christopher V. Arisco_____
Alan B. Padfield
State Bar I.D. #00784712
abp@padfieldstout.com
Christopher V. Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Counsel for Plaintiffs certify that on November 15, 2017, the foregoing was served on defendant Dealers Credit Express, Inc., by and through its counsel of record, Scott E. Stevens, via e-service.

/s/ Christopher V. Arisco
Christopher V. Arisco