UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC. AND <br> WESTLAKE FLOORING COMPANY, LLC, | § <br> § <br> § | |
| PLAINTIFFS, | § | CIVIL ACTION NO. 3:17-cv-01012-M |
| | § | |
| V. | § <br> § | |
| DEALERS CREDIT EXPRESS, INC., | § <br> § | |
| DEFENDANT. | § | |

## JOINT REPORT FILED BY PLAINTIFFS AND DEFENDANT PURSUANT TO ORDER REQUIRING UPDATE CONCERNING SETTLEMENT

COMES NOW NEXTGEAR CAPITAL, INC. ("NextGear") AND WESTLAKE FLOORING COMPANY, LLC ("WFC"), Plaintiffs herein, and Dealers Credit Express, Inc. ("DCE"), Defendant in the above-styled case, and in compliance with the Scheduling Order [Doc. # 23] entered on August 21, 2017, would respectfully show the following:

### JOINT REPORT RELATED TO SETTLEMENT

1. **Informal Settlement Negotiations**. Prior to the filing of the above-styled lawsuit, counsel for Plaintiff and counsel for DCE conducted phone calls and exchanged e-mails in an attempt to resolve this matter informally, but the negotiations did not lead to a settlement.

2. **Mediation**. After the lawsuit was filed, the parties scheduled and attended an afternoon half-day mediation on August 30, 2017, with mediator Beth Krugler. However, neither the mediation, nor the settlement discussion immediately following the mediation, resulted in a settlement regarding any of the disputed issues.

**Respectfully submitted,**

PADFIELD & STOUT, L.L.P
421 W. Third Street, Suite 910
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610


/s/ Christopher V. Arisco
Alan B. Padfield
State Bar I.D.# 00784712
abp@padfieldstout.com
Christopher V. Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com

*Attorneys for Plaintiffs*


Stevens | Henry, PLLC
PO Box 3427
Longview, Texas 75606
Phone: 903-753-6760
Fax: 903-753-6761


/s/ Scott E. Stevens
Scott E. Stevens
State Bar I.D. # 00792024
scott@stevenshenry.com
David P. Henry
State Bar I.D. # 24027015
david@stevenshenry.com

*Attorneys for Defendant*