# IN THE UNITED STATES DISTRICT COURT
## NROTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND WESTLAKE FLOORING COMPANY, LLC<br>　　　　　Plaintiffs,<br><br>v.<br><br>DEALERS CREDIT EXPRESS, INC.<br>　　　　　Defendant. | Case No.  3:17-CV-01012-m |

## **CERTIFICATE OF SERVING DEFENDANT'S EXPERT WITNESS DISCLOSURES**

I certify that on December 15, 2017, I served Plaintiffs' counsel with Defendant's Designation of Experts, via email.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Scott Stevens
　　　　　　　　　　　　　　　　　　　Scott E. Stevens
　　　　　　　　　　　　　　　　　　　State Bar No. 00792024
　　　　　　　　　　　　　　　　　　　David P. Henry
　　　　　　　　　　　　　　　　　　　State Bar No. 24027015
　　　　　　　　　　　　　　　　　　　**STEVENS | HENRY, PLLC**
　　　　　　　　　　　　　　　　　　　P.O. Box 3427
　　　　　　　　　　　　　　　　　　　Longview, Texas 75606
　　　　　　　　　　　　　　　　　　　Tel: (903) 753-6760
　　　　　　　　　　　　　　　　　　　Fax: (903) 753-6761
　　　　　　　　　　　　　　　　　　　scott@stevenshenry.com
　　　　　　　　　　　　　　　　　　　david@stevenshenry.com

　　　　　　　　　　　　　　　　　　　Darrell G. Dotson
　　　　　　　　　　　　　　　　　　　State Bar No. 24002010
　　　　　　　　　　　　　　　　　　　**THE DOTSON LAW FIRM**
　　　　　　　　　　　　　　　　　　　222 N. Fredonia St.
　　　　　　　　　　　　　　　　　　　Longview, Texas  75601
　　　　　　　　　　　　　　　　　　　Tel. (903) 212-3113
　　　　　　　　　　　　　　　　　　　Fax. (903) 757-2387
　　　　　　　　　　　　　　　　　　　darrell@dotsonlawfirm.com

Amber Florio  
State Bar No. 24056643  
**FLORIO LAW FIRM, PLLC**  
420 Throckmorton Street, Suite 200  
Fort Worth, Texas 76107  
Phone: 817-727-7187  
Fax: 866-941-5321  
amber@floriolawfim.com  

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule LR-5(d). As such, this document was served on all counsel who are deemed to have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 15th day of December, 2017.

_____
Scott E. Stevens