**IN THE UNITED STATES DISTRICT COURT
NROTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND WESTLAKE FLOORING COMPANY, LLC<br><br>                Plaintiffs,<br><br>   v.<br><br>DEALERS CREDIT EXPRESS, INC.<br>                Defendant. | Case No. 3:17-CV-01012-m |

## AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendant, with Plaintiffs' agreement, respectfully submits the attached proposed Protective Order for the Court's signature.

                      Respectfully submitted,

                      /s/ Scott E. Stevens

                      Scott E. Stevens
                      State Bar No. 00792024
                      David P. Henry
                      State Bar No. 24027015
                      **STEVENS | HENRY, PLLC**
                      P.O. Box 3427
                      Longview, Texas 75606
                      Tel: (903) 753-6760
                      Fax: (903) 753-6761
                      scott@stevenshenry.com
                      david@stevenshenry.com

                      Darrell G. Dotson
                      State Bar No. 24002010
                      **THE DOTSON LAW FIRM**
                      222 N. Fredonia St.
                      Longview, Texas  75601
                      Tel. (903) 212-3113
                      Fax. (903) 757-2387
                      darrell@dotsonlawfirm.com

Amber Florio  
State Bar No. 24056643  
**FLORIO LAW FIRM, PLLC**  
420 Throckmorton Street, Suite 200  
Fort Worth, Texas 76107  
Phone: 817-727-7187  
Fax: 866-941-5321  
amber@floriolawfim.com  

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule LR-5(d). As such, this document was served on all counsel who are deemed to have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 29th day of December, 2017.

Scott E. Stevens