**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND WESTLAKE FLOORING COMPANY, LLC<br><br>                   Plaintiffs,<br><br>  v.<br><br>DEALERS CREDIT EXPRESS, INC.<br>                   Defendant. | Case No.  3:17-cv-01012-M |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

      Plaintiffs Nextgear Capital, Inc. and Westlake Flooring Company, LLC and Defendant Dealers Credit Express, Inc., file this Joint Motion to Stay All Deadlines and Notice of Settlement between Plaintiffs and Defendant and respectfully move this Court to stay all unreached deadlines for 30 days as between Plaintiffs and Defendant.

      All matters in controversy between Plaintiffs and Defendant have been settled, in principle, and the parties respectfully request that the Court stay all unreached deadlines for 30 days so that appropriate dismissal papers may be submitted.

      Plaintiffs and Defendant agree to this joint motion.

      Respectfully submitted,

_____
Scott E. Stevens
State Bar No. 00792024
David P. Henry
State Bar No. 24027015
**STEVENS | HENRY, PLLC**
P.O. Box 3427
Longview, Texas 75606
Tel: (903) 753-6760
Fax: (903) 753-6761

1

        scott@stevenshenry.com
        david@stevenshenry.com

        Darrell G. Dotson
        State Bar No. 24002010
        **THE DOTSON LAW FIRM**
        222 N. Fredonia St.
        Longview, Texas  75601
        Tel. (903) 212-3113
        Fax. (903) 757-2387
        darrell@dotsonlawfirm.com

        Amber Florio
        State Bar No. 24056643
        **FLORIO LAW FIRM, PLLC**
        420 Throckmorton Street, Suite 200
        Fort Worth, Texas 76107
        Phone: 817-727-7187
        Fax: 866-941-5321
        amber@floriolawfim.com

        **ATTORNEYS FOR DEFENDANT DEALERS CREDIT EXPRESS, INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 22nd day of January, 2018.

                                                      _/s/ Scott E. Stevens_
                                                      Scott E. Stevens