**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND WESTLAKE FLOORING COMPANY, LLC<br><br>         Plaintiffs,<br><br>v.<br><br>DEALERS CREDIT EXPRESS, INC.<br>         Defendant. | Case No.  3:17-cv-01012-M |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

After considering the Joint Motion to Stay All Deadlines and Notice of Settlement between Plaintiffs Nextgear Capital, Inc. and Westlake Flooring Company, LLC and Defendant Dealers Credit Express, Inc., the Court finds that there is good cause to stay all deadlines as between Plaintiffs Nextgear Capital, Inc. and Westlake Flooring Company, LLC and Defendant Dealers Credit Express, Inc., and that the joint motion should be GRANTED.

Therefore, all deadlines shall be stayed for 30 days.

IT IS SO ORDERED.

_____
BARBARA M.G. LYNN
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF TEXAS