IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND WESTLAKE FLOORING COMPANY, LLC<br><br>                Plaintiffs,<br><br>   v.<br><br>DEALERS CREDIT EXPRESS, INC.<br>                Defendant. | Case No.  3:17-cv-01012-M |

## JOINT MOTION TO DISMISS WITH PREJUDICE

All Parties have completely resolved this case, and hereby jointly move to dismiss this case with prejudice, with each Party to bear its own costs, attorneys' fees, and expenses.

Respectfully submitted,

/s/ Alan B. Padfield
Alan B. Padfield
State Bar No. 00784712
Padfield & Stout, L.L.P.
421 W. Thrid Street
Suite 910
Ft. Worth, Texas 76102
Tel:  (817) 338-1616

**ATTORNEY FOR PLAINTIFFS**

Scott E. Stevens
State Bar No. 00792024
David P. Henry
State Bar No. 24027015
**STEVENS | HENRY, PLLC**
P.O. Box 3427
Longview, Texas 75606
Tel: (903) 753-6760

1

Fax: (903) 753-6761
scott@stevenshenry.com
david@stevenshenry.com

Darrell G. Dotson
State Bar No. 24002010
**THE DOTSON LAW FIRM**
222 N. Fredonia St.
Longview, Texas 75601
Tel. (903) 212-3113
Fax. (903) 757-2387
darrell@dotsonlawfirm.com

Amber Florio
State Bar No. 24056643
**FLORIO LAW FIRM, PLLC**
420 Throckmorton Street, Suite 200
Fort Worth, Texas 76107
Phone: 817-727-7187
Fax: 866-941-5321
amber@floriolawfim.com

**ATTORNEYS FOR DEFENDANT DEALERS CREDIT EXPRESS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 22nd day of January, 2018.

Scott E. Stevens