IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. AND WESTLAKE FLOORING COMPANY, LLC<br><br>            Plaintiffs,<br><br>   v.<br><br>DEALERS CREDIT EXPRESS, INC.<br>            Defendant. | Case No.  3:17-cv-01012-M |

## ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE

The Court hereby grants the Parties' Joint Motion to Dismiss with Prejudice, and hereby dismisses this case with prejudice, with each Party bearing its own costs, attorneys' fees, and expenses.

IT IS SO ORDERED.

_____
BARBARA M.G. LYNN
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF TEXAS