**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |  |
|---|---|---|
| NEXTGEAR CAPITAL, INC. and WESTLAKE FLOORING COMPANY, LLC, | § § § § | |
| Plaintiffs, | § § | No. 3:17-cv-01012-M |
| v. | § § | |
| DEALERS CREDIT EXPRESS, INC., | § § | |
| Defendant. | § § § | |

## ORDER

Before the Court is Joint Motion to Dismiss With Prejudice [ECF No. 44].   The Motion

is **GRANTED**.   All claims asserted by Plaintiffs against Defendant are dismissed with

prejudice, and each party is to bear its own costs of court.

**SO ORDERED**.

January 26, 2018.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**